Mariam Azhar (SBN 329715)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-6000
Email: mazhar@cov.com

Andrew Soukup (*pro hac vice*)
Sameer Aggarwal (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000
Email: asoukup@cov.com
        saggarwal@cov.com

*Attorneys for Defendant*
*The Procter & Gamble Company*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| STEPHEN SNEED, and NICKOLAS CANNON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>    Defendant. | Civil Case No. 4:23-cv-05443-JST<br><br>**DECLARATION OF MARIA PETREY IN SUPPORT OF DEFENDANT THE PROCTER & GAMBLE COMPANY'S MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

I, Maria Petrey, declare as follows:

1.    I am Senior Director of Research & Development North America Regulatory Affairs at The Procter & Gamble Company ("P&G").  As part of my job with P&G, I am responsible for ensuring that our products are compliant with US laws and regulations which would include accessing acquisition files and FDA Abbreviated New Drug Application ("ANDA") files.

2.    I make this Declaration in support of P&G's Motion to Dismiss Plaintiffs' Second Amended Complaint.

3.    In the ordinary course of P&G's business, P&G maintains records of communications between its businesses and the FDA regarding requests to approve new drug applications.

4.    One of P&G's lines of businesses is the Vicks brand of over-the-counter medications. Vicks products were manufactured by Richardson-Vicks, Inc., which was acquired by P&G in 1985.

5.    Attached as **Exhibit 1** is a true and correct copy of a document in P&G's files that I have access to and that I understand is maintained in the ordinary course of P&G's business.  This document indicates that in June 1986, the FDA sent a letter to the Halsey Drug Company, Inc. approving the abbreviated new drug application for Beldin Cough Syrup (Diphenhydramine Hydrochloride 12.5 mg/5mL).  The FDA's letter indicates that the FDA reviewed and approved the product's labeling.  The labeling included a representation that the medicine is "non-habit forming."  The relevant parts of the approval letter and labeling have been marked.

6.    I have reviewed the document attached as **Exhibit 2** to the Declaration of Mariam Azhar. That document is a more complete version of a document in P&G's files that I have access to and that I understand was maintained in the ordinary course of P&G's business.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this this 18th day of October, 2024, in Mason, Ohio.

_____

Maria Petrey