# EXHIBIT 1

ANDA 89-179

JUN 5 1986

*OTC*

Halsey Drug Company, Inc.
Attention: Amirul Islam, R.Ph.
1827 Pacific Street
Brooklyn, New York 11233-1519

Dear Sir:

Reference is made to your abbreviated new drug application submitted pursuant to Section 505(j) of the Federal Food, Drug, and Cosmetic Act for Beldin Cough Syrup (Diphenhydramine Hydrochloride 12.5 mg/5 mL).

We have completed the review of this abbreviated application and have concluded that the drug is safe and effective for use as recommended in the submitted labeling. Accordingly, the application is approved.

Any significant change in the conditions outlined in this abbreviated application requires an approved supplemental application before the change may be made, except for changes made in conformance with other provisions of Section 314.70 of the New Drug Regulations.

Postmarketing reporting requirements for this abbreviated application are set forth in 21 CFR 314.80 and 314.81 of the Regulations.

This Administration should be advised of any change in the marketing status of this drug.

For Initial Campaigns: We request that you submit, in duplicate, any proposed advertising or promotional copy which you intend to use in your immediate advertising or promotional campaigns. Please submit all proposed materials in draft or mock-up form, not final print. Submit both copies together with a copy of the proposed or final printed labeling to the Division of Drug Advertising and Labeling (HFN-240). Please do not use Form FD-2253 (Transmittal of Advertisements and Promotional Labeling for Drugs for Human Use) for this initial submission.

For Subsequent Campaigns: We call your attention to Section 314.81(b)(3) of the Regulations which requires that materials for any subsequent advertising or promotional campaign, at the time of their initial use, be submitted to our Division of Drug Advertising and Labeling (HFN-240) with a completed Form FD-2253.

Sincerely yours,

cc:
HFN-230
HFN-237
HFN-10
HFN-83
TPoux/CChang/DBrancato
gp/6/1/86
APPROVAL 0553g

Marvin Seife, M.D.
Director
Division of Generic Drugs
Office of Drug Standards
Center for Drugs and Biologics

NDC 0879-0488-04

**BLUE Cross ⊕ Beldin**

Cough syrup
ANTITUSSIVE

- Non-narcotic cough suppressant for the temporary control of cough.
- Pleasant tasting.
- Not habit forming.
- For adults & children 6 years

JUN 5 1986    4 FL. OZ.

APPROVED

For temporary relief of cough due to minor throat and bronchial irritation as may occur with the common cold or inhaled irritants.

DOSAGE Adults and children 12 years and over - two teaspoonfuls every four hours not to exceed twelve teaspoonfuls in 24 hours. Children 6 to under 12 years - one teaspoonful every four hours, not to exceed six teaspoonfuls in 24 hours, or as directed by physician. Do not give to children under 6 years of age except under the advice & supervision of a physician.

Each 5 mL (teaspoonful) contains Diphenhydramine Hydrochloride, 12.5 mg, alcohol 5% by volume, in a pleasant tasting syrup.

Store at room temperature. Protect from freezing. HALSEY DRUG CO INC BROOKLYN N Y 11233 U S A.
0488L0

WARNINGS: May cause marked drowsiness. Keep this and all drugs out of reach of children. In case of accidental overdose, seek professional assistance or contact a poison control center immediately. Do not give to children under 6 years of age except under the advice and supervision of a physician. May cause excitability, especially in children. Do not take this product for persistent or chronic cough such as occurs with smoking, asthma, emphysema, or when cough is accompanied by excessive secretions, or if you have epilepsy, glaucoma, or difficulty in urination due to enlargement of the prostate gland, except under the advice and supervision of a physician. As with any drug, if you are pregnant or nursing a baby, seek the advice of a health professional before using this product. Cautions - Avoid driving a motor vehicle or operating machinery or drinking alcoholic beverages. Persistent cough may be a sign of a serious condition. If cough persists for more than 1 week, tends to recur, or is accompanied by fever, rash or persistent headache, consult a physician.

FOR YOUR PROTECTION THIS BOTTLE HAS AN IMPRINTED SEAL OVER THE CAP. DO NOT USE IF SEAL IS BROKEN OR MISSING.