Mariam Azhar (SBN 329715)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-6000
Email: mazhar@cov.com

Andrew Soukup (*pro hac vice*)
Sameer Aggarwal (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000
Email: asoukup@cov.com
         saggarwal@cov.com

*Attorneys for Defendant*
*The Procter & Gamble Company*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| STEPHEN SNEED, and NICKOLAS CANNON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>Defendant. | Civil Case No. 4:23-cv-05443-JST<br><br>**DECLARATION OF MARIAM AZHAR IN SUPPORT OF DEFENDANT THE PROCTER & GAMBLE COMPANY'S MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

I, Mariam Azhar, declare as follows:

1.    I am an associate at the law firm of Covington & Burling LLP, counsel of record for Defendant The Procter & Gamble Company.  I am licensed to practice law in the State of California and have been admitted to the United States District Court for the Northern District of California.  I submit this declaration and the attached exhibits in support of P&G's Motion to Dismiss Plaintiffs' Second Amended Complaint.

2.    Attached as **Exhibit 2** is a true and correct copy of a document obtained from the website of FOI Services, Inc., which represents that it obtained the document from the FDA through the Freedom of Information Act.  This document indicates that in January 1987, the FDA sent a letter to Richardson-Vicks, Inc. approving the abbreviated new drug application for Vicks Formula 44 Cough Mixture (Diphenhydramine Hydrochloride Syrup, 12.5 mg/5mL), ANDA 70-524.  The FDA's letter indicates that the FDA reviewed and approved the product's labeling.  The labeling included a representation that the medicine is "non-habit forming."  The link where this document was downloaded from is available at https://www.foiservices.com/ by searching for "Vicks Formula 44."

3.    Attached as **Exhibit 3** is a true copy of the July 31, 2007 report titled *Side Effects of Sleep Drugs*, published by the U.S. Food and Drug Administration, which was obtained from https://web.archive.org/web/20081005143337/http:/www.fda.gov/consumer/features/sleepdrugs073107.pdf.

4.    Attached as **Exhibit 4** is a true copy of the 2021 article titled *Increased rates of diphenhydramine overdose, abuse, and misuse in the United States, 2005–2016*, written by Antonia Nemanich, et al. and published in Clinical Toxicology (first cited at SAC ¶ 28 n.33).

5.    Attached as **Exhibit 5** is a true copy of the 2013 article titled *The Mighty Mouse: The Impact of Rodents on Advances in Biomedical Research*, written by Elizabeth C. Bryda and published in Missouri Medicine (first cited at SAC ¶ 16 n.16).

6.    Attached as **Exhibit 6** is a true copy of the 2016 article titled *Rodent Models in Neuroscience Research: Is it a Rat Race?*, written by Bart Ellenbroek & Jiun Youn and published in Disease Models & Mechanisms (first cited at SAC ¶ 16 n.18).

7.      Attached as **Exhibit 7** is a true copy of the 2014 article titled *The role of habits and motivation in human drug addiction: a reflection*, written by Zsuzsika Sjoerds, et al. and published in Frontiers in Psychiatry (first cited at SAC ¶ 27 n.30).

8.      Attached as **Exhibit 8** is a true copy of the 2013 article titled *Misuse and Dependence on Non-Prescription Codeine Analgesics or Sedative H1 Antihistamines by Adults: A Cross-Sectional Investigation in France*, written by Anne Roussin, et al. and published in PLOS ONE (first cited at SAC ¶ 29 n.39).

9.      Attached as **Exhibit 9** is a true copy of the 2017 article titled *Chronic diphenhydramine abuse and withdrawal*, written by Jagroop S. Saran, et al. and published in Neurology Clinical Practice (first cited at SAC ¶ 29 n.34).

10.     Attached as **Exhibit 10** is a true copy of the 1990 article titled *Dimenhydrinate dependence and withdrawal*, written by David F. Craig & Clive S. Mellor and published in the Canada Medical Association Journal (first cited at SAC ¶ 29 n.34).

11.     Attached as **Exhibit 11** is a true copy of the 2009 article titled *Severe Diphenhydramine Dependence and Withdrawal: Case Report*, written by Caroline Bonham & Florian Birkmayer and published in the Journal of Dual Diagnosis (fist cited at SAC ¶ 29 n.39).

12.     Attached as **Exhibit 12** is a true copy of the 2014 article titled *Diphenhydramine dependence through deep intramuscular injection resulting in myonecrosis and prolonged QT interval*, written by T.Y. Chen, et al. and published in the Journal of Clinical Pharmacy and Therapeutics (first cited at SAC ¶ 32 n.42).

13.     Attached as **Exhibit 13** is a true copy of the 1998 article titled *Risk of abuse of diphenhydramine in children and adolescents with chronic illness*, written by Patricia A. Dinndorf, et al. and published in the Journal of Pediatrics (first cited at SAC ¶ 34 n.44).

14.     Attached as **Exhibit 14** is a true copy of the 2020 article titled *Diphenhydramine Use Disorder and Complicated Withdrawal in a Palliative Care Patient*, written by Amy Nolen, et al. and published in the Journal of Palliative Medicine (first cited at SAC ¶ 34 n.44).

DECLARATION OF MARIAM AZHAR IN
SUPPORT OF DEFENDANT'S MOTION TO
DISMISS SECOND AMENDED COMPLAINT

2

Civil Case No. 4:23-cv-05443-JST

15.     Attached as **Exhibit 15** is a true copy of the 2009 article titled *Diphenhydramine abuse and detoxification: a brief review and care report*, written by A. Thomas, et al. and published in the Journal of Psychopharmacology (first cited at SAC ¶ 34 n.44).

16.     Attached as **Exhibit 16** is a true copy of the 2021 article titled *Focus on Over-the-Counter Drugs' Misuse: A Systematic Review on Antihistamines, Cough Medicines, and Decongestants*, written by Fabrizio Schifano, et al. and published in Frontiers in Psychiatry (first cited at SAC ¶ 29 n.34).

17.     Attached as **Exhibit 17** is a true copy of the 2008 article titled *Cocaine-Like Neurochemical Effects of Antihistaminic Medications*, written by Gianluigi Tanda, et al. and published in the Journal of Neurochemistry (first cited at SAC ¶ 15 n.12).

18.     Attached as **Exhibit 18** is a true copy of the 1994 article titled *Sleepiness and performance during three-day administration of cetirizine or diphenhydramine*, written by Paula K. Schweitzer, et al. and published in the Journal of Allergy Clinical Immunology (first cited at SAC ¶ 29 n.38).

19.     Attached as **Exhibit 19** is a true copy of the 2022 article titled *Tolerance to Daytime Sedative Effects of H1 Antihistamines*, written by Gary S. Richardson, et al. and published in the Journal of Clinical Psychopharmacology (first cited at SAC ¶ 32 n.42).

20.     Attached as **Exhibit 20** is a true copy of the December 29, 2016 article titled "Can You Get Hooked on Over-the-Counter Sleep Aids?," written by Ginger Skinner and published by *Consumer Reports* (first cited at SAC ¶ 14 n.9), which was obtained from https://www.consumerreports.org/drugs/over-the-counter-sleep-aids-can-you-get-hooked/.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.  This declaration is executed this 18th day of October, 2024, in San Francisco, California.

*/s/ Mariam Azhar*

Mariam Azhar

DECLARATION OF MARIAM AZHAR IN
SUPPORT OF DEFENDANT'S MOTION TO
DISMISS SECOND AMENDED COMPLAINT

3

Civil Case No. 4:23-cv-05443-JST