# EXHIBIT 2

**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Public Health Service

_____

Food and Drug Administration
Rockville MD 20857

February 19, 1987

In reply refer to:  F87-5045

foi DOCUMENT

No. 58731

F

·FOI Services Inc.
12315 Wilkins Ave.
Rockville, MD  20852

Gentlemen:

This is in reply to your request of February 13, 1987, your control number 58731, in which you requested approval documents for Vicks Formula 44 Cough Syrup by Richardson-Vicks, ANDA 70524.

Enclosed are the requested documents. As you will note, minor deletions have been made in the record furnished to you. In the judgement of the Food and Drug Administration the information deleted does not fall within the scope of your request and, in any case, is not required to be disclosed under the Freedom of Information Act. If, however, you desire to review the deleted material, please make an additional request. If the agency should deny you this information, you have the right to appeal such denial to the Department of Health and Human Services. Any letter of denial will tell you how to make this appeal.

A charge of          for     hour search time and copying     pages, will be made by the Freedom of Information Staff.

Sincerely yours,

Carolann W. Hooton

Carolann W. Hooton
Freedom of Information Officer
Office of the Director
Center for Drugs and Biologics, HFN-22

Enclosures

ANDA 70-524

Richardson-Vicks, Inc.                                          JAN 1 4 1987
Attention:  Edward J. Hanus, Ph.D.
One Far Mill Crossing
Shelton, CT  06484

Dear Dr. Hanus:

Reference is made to your abbreviated new drug application submitted pursuant
to Section 505(j) of the Federal Food, Drug, and Cosmetic Act for Vicks
Formula 44 Cough Mixture (Diphenhydramine Hydrochloride Syrup, 12.5 mg/5 mL).

Reference is also made to your communications dated September 17, October 28
and November 17, 1986.

We have completed the review of this abbreviated application and have
concluded that the drug is safe and effective for use as recommended in the
submitted labeling.  Accordingly, the application is approved.

Any significant change in the conditions outlined in this abbreviated
application requires an approved supplemental application before the change
may be made, except for changes made in conformance with other provisions of
Section 314.70 of the New Drug Regulations.

Postmarketing reporting requirements for this abbreviated application are set
forth in 21 CFR 314.80 and 314.81 of the Regulations.

This Administration should be advised of any change in the marketing status of
this drug.

For Initial Campaigns:  We request that you submit, in duplicate, any proposed
advertising or promotional copy which you intend to use in your immediate
advertising or promotional campaigns.  Please submit all proposed materials in
draft or mock-up form, not final print.  Submit both copies together with a
copy of the proposed or final printed labeling to the Division of Drug
Advertising and Labeling (HFN-240).  Please do not use Form FD-2253
(Transmittal of Advertisements and Promotional Labeling for Drugs for Human
Use) for this initial submission.

For Subsequent Campaigns:  We call your attention to Section 314.81(b)(3) of
the Regulations which requires that materials for any subsequent advertising
or promotional campaign, at the time of their initial use, be submitted to our
Division of Drug Advertising and Labeling (HFN-240) with a completed Form
FD-2253.

HFN-83
TPoux/CChang/LTang/tr/1/13/87
1250S
Approval

Sincerely yours,

Marvin Seife, M.D.
Director
Division of Generic Drugs
Office of Drug Standards

| NOTICE OF APPROVAL | NDA NUMBER |
|---|---|
| NEW-DRUG APPLICATION OR SUPPLEMENT | 70-524 |
| | DATE APPROVAL LETTER ISSUED |

| TO: | FROM: |
|---|---|
| Press Relations Staff (HFI-40) | [X] Bureau of Drugs |
| | [ ] Bureau of Veterinary Medicine |

**ATTENTION**

Forward original of this form for publication only after approval letter has been issued and the date of approval has been entered above.

| TYPE OF APPLICATION | | | | CATEGORY | |
|---|---|---|---|---|---|
| [ ] ORIGINAL NDA | [ ] SUPPLEMENT TO NDA | [X] ABBREVIATED ORIGINAL NDA | [ ] SUPPLEMENT TO ANDA | [ ] HUMAN | [ ] VETERINARY |

TRADE NAME (or other designated name) AND ESTABLISHED OR NONPROPRIETARY NAME (if any) OF DRUG

Vicks Formula 44 Cough Mixture (Diphenhydramine Hydrochloride )

| DOSAGE FORM | HOW DISPENSED | |
|---|---|---|
| Liquid (Cough Syrup) | [ ] RX | [X] OTC |

ACTIVE INGREDIENT(S) (as declared on label. List by established or nonproprietary name(s) and include amount(s). If amount is declared on label.)

Active Ingredient     Amount/~~10~~ mL   mg 5

Diphenhydramine Hydrochloride USP    ~~25.0~~ mg
                          12.5

NAME OF APPLICANT (Include City and State)

Richardson-Vicks, Inc.
One Far Mill Crossing
Shelton, CT 06484

PRINCIPAL INDICATION OR PHARMACOLOGICAL CATEGORY

Antihistamine and Antitussive

**COMPLETE FOR VETERINARY ONLY**

ANIMAL SPECIES FOR WHICH APPROVED

**COMPLETE FOR SUPPLEMENT ONLY**

CHANGE APPROVED TO PROVIDE FOR

| FORM PREPARED BY | | DATE |
|---|---|---|
| NAME   Lucia   C.   Tang | | 1/13/87 |

| FORM APPROVED BY | | DATE |
|---|---|---|
| NAME   Charles Y. Chang | | 1-13-87 |

FORM FD 1642 (2/75)    PREVIOUS EDITION MAY BE USED UNTIL SUPPLY IS EXHAUSTED

CHEMIST'S REVIEW ANDA 70-524

3. NAME AND ADDRESS OF APPLICANT

Richardson-Vicks, Inc.
One Far Mill Crossing
Shelton, CT. 06484

6. NAME OF DRUG

Diphenhydramine Hydrochloride

7. NONPROPRIETARY NAME

Vicks Syrup (Formula 44 Cough Mixture)

10. PHARMACOLOGICAL CATEGORY

Antihistamine and Antitussive

11. HOW DISPENSED

OTC

13. DOSAGE FORM(s)

Liquid (Cough Syrup)

14. POTENCY

12.5 mg/5 mL

15. CHEMICAL NAME AND STRUCTURE

2-Diphenyl methoxy)-N,N-dimethyleamine Hydrochloride

17. COMMENTS

1. Vicks Syrup is derived from Formula 44 except the active ingredients change from Dextromethorphan HCl, and Doxylamine Succinate to Diphenhydramine HCl.

18. CONCLUSIONS AND RECOMMENDATIONS

Approvable

19. REVIEWER:

Lucia Tang

DATE COMPLETED:

1/12/87

1/3/87

CHEMIST'S REVIEW PAGE 2 -

## 20. COMPONENTS AND COMPOSITION

Diphenhydramine Hydrochloride Syrup        , 12.5 mg/5 mL

The full statement of the components and composition of the drug:

| Active Ingredient | Amount/10 mL | %w/v | %v/v |
|---|---|---|---|
| Diphenhydramine Hydrochloride USP | 25.0 mg | 0.25000 | |

Inactive Ingredients

Sodium Citrate Dihydrate, USP

Propylene Glycol, USP
Sodium Benzoate, NF
Caramel Color, NF

Purified Water, NF

## 21. FACILITIES AND PERSONNEL

Satisfactory

## 22. SYNTHESIS

The new drug substance is prepared by either

                                                                were

acceptable.

A.

B.

C.

D.

CHEMIST'S REVIEW PAGE 3 -

23. RAW MATERIAL CONTROLS
   A. NEW DRUG SUBSTANCE

      Diphenhydramine HCl:  USP

   B. OTHER INGREDIENTS

      Inactive Ingredient:  USP/NF except|⌐                    ⌐
      |                                                    are non
      compendium.

24. OTHER FIRM(s)

   No other firms involved except container/closure system.

25. MANUFACTURING AND PROCESSING

   The product is formulated, analyzed and packaged at Vicks Manufacturing
   Division, Richardson-Vicks, Inc.  DMF #

26. CONTAINER

   The dosage form will be packaged in 4 oz. and 8 oz. clear|
                  bottles.  The closure for both bottles will be a two-piece
   24 mm child-resistant cap with a composite layered line.

   A.  Bottles
       DMF #




   B.  Caps
       The cap, designated CR-1, is a child-resistant, two-piece cap
       comprising an outer shell of polypropylene and an inner shell of
       talc-filled polypropylene.  It is supplied by the
       Company.  DMF #     , Child-Resistant Closures, |
       Manufacturing Corporation.

   C.  Cap Liner: Cap-Seal Brand|      closure liner, comprising layers of
       pulp, paper, polyester film and wax.  DMF |    ⌐, DMF |    .

27. PACKAGING AND LABELING

   Satisfactory

CHEMIST'S REVIEW PAGE 4-

28. LABORATORY CONTROLS (IN-PROCESS AND FINISHED DOSAGE FORM)

Satisfactory

29. STABILITY

1. Stability protocol: satisfactory
2. Stability data on one pilot lot of this drug product at 45°C with initial, 1, 2, 3 months assay and 3 months alcohol.
3. Expiration date: Stability data in 4 oz. and 8 oz. plastic bottles. With 45°C with 1, 2, 3 months assay and 3 month alcohol, 3, 6 month at 37°C on pilot lot. Revise stability was submitted. 18 months expiration dating is granted.

30. CONTROL NUMBERS

Satisfactory

31. SAMPLES AND RESULTS

1. The method validation for active ingredients was acceptable by St. Louis Lab on November 19, 1985. The method validation for finished dosage form was acceptable by Boston District Lab on February 6, 1986.

32. LABELING

Satisfactory per T. Poux review date January 9, 1987.

33. ESTABLISHMENT INSPECTION

Request for five firms (Vicks,|                                              , by David Rosen on March 28, 1985 and was acceptable by Joel Davis on April 22, 1985.

LTang
0895S

The components and composition of Vicks Formula 44 Cough Mixture
(Diphenhydramine Hydrochloride Syrup, 12.5 mg/5 mL) state as follows:

| Active Ingredient | Amount/10 mL | %w/v | %v/v |
|---|---|---|---|
| Diphenhydramine Hydrochloride USP | 25.0 mg | 0.25000 | |

Inactive Ingredients

Sodium Citrate Dihydrate, USP

Propylene Glycol, USP
Sodium Benzoate, NF
Caramel Color, NF

Purified Water, NF

The manufacturers/suppliers of active ingredient are stated as follows:

1.

2.

3.

4.

VICKS.▽
FORMULA
44
COUGH MIXTURE
Diphenhydramine Hydrochloride Syrup

COUGH SUPPRESSANT

Contains Diphenhydramine, now
available without a prescription

8 FL. OZ.

VICKS.▽
FORMULA
44
COUGH MIXTURE
Diphenhydramine Hydrochloride Syrup

COUGH SUPPRESSANT

4 FL OZ

JAN 14 1987



VICKS
FORMULA
44
COUGH MIXTURE

## Consumer Information

**INDICATIONS:** Temporarily relieves cough due to minor throat and bronchial irritation as may occur with a cold or with inhaled irritants.

**DIRECTIONS:** Two teaspoonfuls every four hours, not to exceed twelve teaspoonfuls in twenty-four hours. Children 6 to under 12 years: One teaspoonful every four hours, not to exceed six teaspoonfuls in twenty-four hours, or as directed by physician. Children under 6 years: Consult a physician.

**WARNINGS:** May cause marked drowsiness. Keep this and all drugs out of reach of children. In case of accidental overdose seek professional assistance or contact a poison control center immediately. Do not give to children under 6 years of age except under the advice and supervision of a physician. May cause excitability especially in children. Do not take this product for persistent or chronic cough such as occurs with smoking, asthma, emphysema, or when cough is accompanied by excessive secretions, or if you have epilepsy, glaucoma, difficulty in urination due to enlargement of the prostate gland, chronic pulmonary disease, shortness of breath, or difficulty in breathing except under the advice and supervision of a physician.

As with any drug, if you are pregnant or nursing a baby, seek the advice of a health professional before using this product.

**CAUTION:** Avoid driving a motor vehicle or operating heavy machinery, or drinking alcoholic beverages. A persistent cough may be a sign of a serious condition. If cough persists for more than one week, tends to recur, or is accompanied by high fever, rash or persistent headache, consult a physician.

**KEEP OUT OF REACH OF CHILDREN**

Each teaspoonful (5 ml) contains Diphenhydramine Hydrochloride 12.5 mg. Alcohol 10%.

Also contains: Caramel, Flavor, Invert Sugar, Propylene Glycol, Purified Water, Sodium Benzoate, Sodium Citrate.

EXP. DATE SEE BOTTOM. STORE AT ROOM TEMPERATURE. AVOID EXCESSIVE HEAT.

VICKS
FORMULA
44
COUGH MIXTURE

**VICKS.▽**
This symbol assures a product of highest quality which you can trust to help you care for your family. That's been the Vicks hallmark for generations.

**Trust Vicks to relieve all your family's coughs:**
When you need more than a cough suppressant, the following products are available:

**FORMULA 44D DECONGESTANT COUGH MIXTURE**

**FORMULA 44M MULTI-SYMPTOM COUGH MIXTURE**

**VICKS CHILDREN'S COUGH SYRUP**

**VICKS®▽**
FORMULA
44®
COUGH MIXTURE

NEW FORMULA
See back panel

COUGH SUPPRESSANT

## STRONG
## FOR COUGHS

4 FL.OZ. SHATTERPROOF BOTTLE

**How Formula 44 relieves your cough:**

Formula 44 has been reformulated to contain Diphenhydramine Hydrochloride, a cough suppressant available only by prescription for over 25 years. Now available without a prescription in Formula 44, Diphenhydramine Hydrochloride calms cough impulses in the cough control center without narcotics. You will find temporary relief from coughs with pleasant-tasting Formula 44.

• Not habit forming

• No narcotic upset

RICHARDSON-VICKS INC
HEALTH CARE
PRODUCTS DIVISION
WILTON, CT 06897 U.S.A

EXP. DATE:



23900-0063-1

## Consumer Information

**INDICATIONS:** Temporarily relieves cough due to minor throat and bronchial irritation as may occur with a cold or with inhaled irritants.

**DIRECTIONS:**
**Adults:** Two teaspoonfuls every four hours, not to exceed twelve teaspoonfuls in twenty-four hours.
**Children 6 to under 12 years:** One teaspoonful every four hours, not to exceed six teaspoonfuls in twenty-four hours, or as directed by physician.
**Children under 6 years:** Consult a physician.

**WARNINGS:** May cause marked drowsiness. Keep this and all drugs out of reach of children. In case of accidental overdose seek professional assistance or contact a poison control center immediately. Do not give to children under 6 years of age except under the advice and supervision of a physician. May cause excitability especially in children. Do not take this product for persistent or chronic cough such as occurs with smoking, asthma, emphysema, or when cough is accompanied by excessive secretions, or if you have epilepsy, glaucoma, difficulty in urination due to enlargement of the prostate gland, chronic pulmonary disease, shortness of breath, or difficulty in breathing except under the advice and supervision of a physician.

As with any drug, if you are pregnant or nursing a baby, seek the advice of a health professional before using this product.

**CAUTION:** Avoid driving a motor vehicle or operating heavy machinery, or drinking alcoholic beverages. A persistent cough may be a sign of a serious condition. If cough persists for more than one week, tends to recur, or is accompanied by high fever, rash or persistent headache, consult a physician.

**KEEP OUT OF REACH OF CHILDREN**

Each teaspoonful (5 ml) contains Diphenhydramine Hydrochloride 12.5 mg.          Alcohol 10%.

**Also contains:** Caramel, Flavor, Invert Sugar, Propylene Glycol, Purified Water, Sodium Benzoate, Sodium Citrate.

EXP. DATE SEE BOTTOM. STORE AT ROOM TEMPERATURE. AVOID EXCESSIVE HEAT.

---

## VICKS FORMULA 44
### COUGH MIXTURE

**VICKS.▽**

This symbol assures a product of highest quality which you can trust to help you care for your family. That's been the Vicks hallmark for generations.

**Trust Vicks to relieve all your family's coughs:**

When you need more than a cough suppressant, the following products are available:

**FORMULA 44D DECONGESTANT COUGH MIXTURE**

**FORMULA 44M MULTI-SYMPTOM COUGH MIXTURE**

**VICKS CHILDREN'S COUGH SYRUP**

JAN 1 4 1987

---

## VICKS FORMULA 44
### COUGH MIXTURE

NEW FORMULA
See back panel

## VICKS.▽ FORMULA 44®

## COUGH MIXTURE
Diphenhydramine Hydrochloride Syrup

COUGH SUPPRESSANT

## STRONG FOR COUGHS

8 FL. OZ. SHATTERPROOF BOTTLE

0   ||||| 12345 67890

EXP DATE

---

**How Formula 44 relieves your cough:**

Formula 44 has been reformulated to contain Diphenhydramine Hydrochloride, a cough suppressant available only by prescription for over 25 years. Now available without a prescription in Formula 44, Diphenhydramine Hydrochloride calms cough impulses in the cough control center without narcotics. You will find temporary relief from coughs with pleasant-tasting Formula 44.

• Not habit forming

• No narcotic upset

RICHARDSON-VICKS INC.
HEALTH CARE
PRODUCTS DIVISION
WILTON, CT 06897 U.S.A.

JUL 10 1985

Diphenhydramine HCl
12.5 mg/5 ml Syrup
NDA 70-524
Reviewer: Jenny Lee

Richardson-Vicks, Inc.
Shelton, Connecticut
Submission Date:
March 21, 1985

## Review of a Request for Waiver of in-vivo Bioavailability

The firm has requested to waive the requirement for submission of evidence demonstrating the in-vivo bioavailability of their diphenhydramine HCl syrup on the basis that:

a. their product is a syrup intended for oral administration

b. their product contains an active ingredient in the same concentration as a drug product (Benylin[R] Cough Syrup) that is the subject of an approved new drug application.

c. their product contains no inactive ingredients known to significantly affect absorption of the active drug.

Listed below is the composition of the firm's formulation:

Active Ingredient                     Amount/10 ml

Diphenhydramine Hydrochloride USP

Inactive Ingredients




The Benylin[R] formulation contains ▇▇ mg/10 ml which includes a ▇▇ ▇▇▇▇▇▇▇▇▇▇▇. The flavorings and artificial coloring of Benylin[R] are different from that of the firm's syrup vehicle.

## Recommendation:

The Division of Bioequivalence agrees that the information submitted by Richardson-Vicks, Inc. demonstrates that diphenhydramine HCl 12.5 mg/5 ml syrup falls under 21 CFR 320.22 (b)(5)(i)(ii)(iii) of Bioavailability/Bioequivalence Regulations. The Division of Bioequivalence recommends that the waiver of an in-vivo bioavailability be granted. Accordingly, Richardson-Vicks' diphenhydramine HCl 12.5 mg/5 ml syrup is deemed bioequivalent to Benylin^R Syrup manufactured by Parke-Davis.


Jenny Lee
Division of Bioequivalence
Review Branch II

RD INITIALED BY FPELSOR
FT INITIALED BY FPELSOR

JLee/ / 6/27/85

cc: NDA 70-524 original, HFN-230(2), HFN-255 (JLee, Ise), HFN-200 (Hare), HFN-223 (Shah-FOI-2), drug file