# EXHIBIT 4



**Clinical Toxicology**

ISSN: (Print) (Online) Journal homepage: www.tandfonline.com/journals/ictx20

# Increased rates of diphenhydramine overdose, abuse, and misuse in the United States, 2005–2016

Antonia Nemanich, Erica Liebelt & Amber K. Sabbatini

**To cite this article:** Antonia Nemanich, Erica Liebelt & Amber K. Sabbatini (2021) Increased rates of diphenhydramine overdose, abuse, and misuse in the United States, 2005–2016, Clinical Toxicology, 59:11, 1002-1008, DOI: 10.1080/15563650.2021.1892716

**To link to this article:** https://doi.org/10.1080/15563650.2021.1892716

---

Published online: 10 Mar 2021.

---

Submit your article to this journal ↗

---

Article views: 912

---

View related articles ↗

---

View Crossmark data ↗

---

Citing articles: 11 View citing articles ↗

---

Full Terms & Conditions of access and use can be found at
https://www.tandfonline.com/action/journalInformation?journalCode=ictx20

CLINICAL TOXICOLOGY
2021, VOL. 59, NO. 11, 1002–1008
https://doi.org/10.1080/15563650.2021.1892716


Taylor & Francis
Taylor & Francis Group

POISON CENTRE RESEARCH


Check for updates

# Increased rates of diphenhydramine overdose, abuse, and misuse in the United States, 2005–2016

Antonia Nemanich[a] (iD), Erica Liebelt[b] and Amber K. Sabbatini[a]

[a]Department of Emergency Medicine, University of Washington, Seattle, WA, USA; [b]Washington Poison Center, Seattle, WA, USA

**ABSTRACT**

**Objectives:** To describe trends in abuse, misuse, and suicide attempts involving diphenhydramine (DPH).

**Methods:** We analyzed intentional DPH exposures of individuals ≥10 years old reported to U.S. Poison Control Centers using data from the National Poison Data System, 2005–2016.

**Results:** There were 158,774 intentional DPH exposures in our dataset. The rate of intentional exposures increased 63% over the 12-year study period for all ages combined. Suicide attempts involving DPH showed a bimodal distribution—increasing 263% among children 10–14 years of age, and 126 and 143% among those 55–64 and ≥65 years of age, respectively. Older adults in both the 55–64 and ≥65-year-old age groups had about a 230% increase in rates of misuse. Major adverse clinical effects increased by 91%. There were 745 total reported deaths with a 3.6% increase across all age groups.

**Conclusions:** Intentional DPH exposures among individuals ≥10 years old have been increasing since 2005. Increasing rates of suicide attempts among children ages 10–14 and increasing misuse among individuals ≥65, coupled with a trend toward greater severity of overdoses, highlight the significant public health impact of this commonly available over-the-counter drug.

**ARTICLE HISTORY**
Received 5 November 2020
Revised 25 January 2021
Accepted 13 February 2021

**KEYWORDS**
Diphenhydramine; suicide; misuse; abuse; Benadryl

## Introduction

The overdose of prescription medications is now the leading cause of injury-related mortality in the USA, due in large part to the opioid crisis [1–3]. However, the public health consequences resulting from the abuse and overdose of common over-the-counter (OTC) medications are often under-recognized. Many OTC medications have high potential for abuse since they are legal, easily obtainable without a prescription, and can be purchased in large quantities without monitoring. Abuse of OTC medications is particularly common in adolescents and young adults and is increasing across the USA [4]. The National Survey on Drug Use and Health estimates that more than 3 million people aged 12–25 have intentionally abused OTC medications at some point, most commonly dextromethorphan or antihistamines [5,6]. Further, adolescents are more likely to attempt suicide using an OTC medication compared with prescription medications or illicit drugs [7,8]. In the adult population, recent studies have demonstrated increasing loperamide abuse, especially as an opioid substitute or to combat opioid withdrawal symptoms [9,10]. Diphenhydramine (DPH) was the first prescription antihistamine approved by the FDA in 1946 and has since become a common OTC drug widely used to treat allergic reactions, seasonal allergies, common cold symptoms, and motion sickness, and is used as a nonprescription sleep aid. While DPH is considered to have low abuse potential, it also has potent antimuscarinic activity, can activate the mesolimbic dopaminergic reward system, and inhibits the reuptake of serotonin [11]. As a result, it has a long history of being abused for its sedating and hallucinogenic effects [12]. At recreational doses, it can lead to elevated mood and energy levels, hallucinations, and calming effects, as well as potentiate the effect of opioids [13]. Yet in overdose, DPH is associated with a myriad of serious adverse effects including delirium, cardiac dysrhythmias, seizures, and respiratory failure, especially when combined with alcohol or other substances. The FDA recently issued a warning on September 24, 2020 about the serious effects that can occur from the misuse of DPH after several teenagers presented to emergency departments or died after participating in the "Benadryl Challenge" encouraged in videos posted on the social media application TikTok [14].

Though there are several case series and anecdotal evidence from pharmacists and addiction centers documenting DPH abuse [15–17], to date, no studies have examined the scope of DPH misuse, abuse, and overdose in the USA. In this study, we analyze the incidence, trends, and characteristics associated with intentional adolescent and adult DPH exposures reported to U.S. poison control centers (PCC). We specifically sought to understand whether intentional DPH exposures are changing over time and across age groups, what proportion of intentional DPH ingestions are due to suicidal intent versus intentional misuse or abuse, and whether adverse effects as a result of these exposures have worsened over time.

**CONTACT** Antonia Nemanich ✉ anemanich@gmail.com 🖅 Department of Emergency Medicine, University of Washington, Seattle, WA, USA

© 2021 Informa UK Limited, trading as Taylor & Francis Group

## Methods

### Data source

We performed a retrospective analysis of intentional DPH exposures reported to the National Poison Data System (NPDS) from 2005 to 2016. The NPDS is maintained by the American Association of Poison Control Centers and contains detailed data from telephone calls about substance exposures received by 55 regional PCCs from the public and health care providers. Trained staff at each regional PCC input clinical and demographic data about the patient, as well as the nature and features of the exposure using a strict coding system and quality assurance protocols. De-identified data is then sent to the NPDS. This study used existing de-identified data and was deemed exempt from approval by the University of Washington School of Medicine IRB.

### Case selection criteria

All reported exposures involving DPH within the study period were extracted from the NPDS database using generic codes for DPH (0159900, 159850, 159000). Both single and polysubstance DPH exposures were included. We excluded exposures for children <10 years of age, those determined by PCC staff to be a "confirmed non-exposure," an adverse effect of therapeutic use, or an "unrelated effect" to DPH. We then limited our dataset to intentional exposures only, and to cases that were followed to a known outcome. Patients lost to follow-up were excluded. Children under age 10 were excluded due to the low rate of intentional exposures in this population. Classification of intentional exposures by the NPDS includes three categories: "Intentional-Suspected suicide" defined as an exposure resulting from the use of a substance for self-harm or for self-destructive reasons; "Intentional-Misuse" defined as an exposure resulting from the intentional improper or incorrect use of a substance for reasons other than label indications or other than the pursuit of a psychotropic effect (such as taking excess DPH for its sedating effects); and "Intentional-Abuse" defined as an exposure resulting from the intentional improper use of a substance where the patient is attempting to gain a high or other psychotropic effect, including recreational use of a substance for any effect [18].

### Study variables

Clinical and demographic characteristics of DPH exposures were recorded including the year, patient age and sex, reason for exposure, adverse clinical effects and their duration, level of health care received (e.g. treated and released from the emergency department, admitted to the hospital), medical outcomes, and region of the USA where the exposure occurred. Abuse and misuse were analyzed together because these intentional exposures were not meant for self-harm. Ultimately, the age categories 10–14, 15–19, and 20–24 were analyzed separately to better highlight the different trends within these higher-risk adolescent and young adult groups. The severity of exposure was classified using standard definitions in the NPDS: no effect, minor, moderate, major, and death. Minor exposures involve self-limited, minimally bothersome symptoms. Moderate exposures involve prolonged or significant symptoms that require treatment, but are not life-threatening. Major exposures involve life-threatening symptoms or result in residual disability [18]. Exposures with major effects and those resulting in death were grouped together. Major adverse effects included death, intubation or respiratory failure, cardiac arrest, acidosis, hypotension/shock, coma, rhabdomyolysis, arrhythmias, seizures, and delirium.

### Statistical analysis

Data were analyzed using Stata version 15 (StataCorp). Demographic and clinical characteristics of DPH exposures were summarized for the overall cohort and for the 2005 and 2016 years using descriptive statistics. Trends were summarized by relative percent growth in DPH exposures from 2005 to 2016. Logistic regression was used to test for time trends across each characteristic in order to determine how the distribution of reported DPH exposures may have changed over time. From these logistic models, we further characterized age and sex-adjusted trends in the severity of exposures over the 12-year study period, and determined the characteristics associated with more severe exposures. Exposure data was then converted into yearly rates per 100,000 population using U.S. Census Bureau population estimates from the American Community Survey (2005–2016) to examine population trends [19]. Age-specific trends for intentional exposures due to misuse, abuse, and suicides were characterized over the 12-year period.

## Results

### Characteristics of intentional DPH exposures

There were a total of 158,774 intentional DPH exposures reported to PCCs during our study period. Characteristics of exposures as a percentage of total calls are described in Table 1. Overall, adolescents and young adults under the age of 25 comprised around half of all reported exposures in any given year. A total of 78% of reported exposures were the result of suicide attempts and nearly two-thirds were among females, characteristics that remained stable over time. While there were 745 deaths involving DPH over the study period, most of these (85%) involved cases where DPH was used in combination with other substances. The proportion of single versus polysubstance exposures did not change appreciably over time.

Major or life-threatening exposures (including those resulting in death) were more common in men, older adults, suicide attempts (versus misuse or abuse), and cases of polysubstance exposures (Table 2). The severity of medical outcome appeared to increase with age. Although they comprised a minority of cases, DPH exposures among older adults also carried a higher risk. For example, adults 55–64 years of age had a 3.9-fold greater odds and those

**Table 1.** Characteristics of diphenhydramine exposures reported to US poison control centers.

| | All exposures (2005–2016) N = 158,774 | | 2005 N = 10,392 | | 2016 N = 18,668 | | Δ2005–2016 |
|---|---|---|---|---|---|---|---|
| Age (years) | | | | | | | |
| 10–14 | 10,090 | 6.6% | 482 | 5.1% | 1526 | 8.4% | 66.9% |
| 15–19 | 35,168 | 23.0% | 2033 | 21.3% | 4763 | 26.3% | 23.4% |
| 20–24 | 29,027 | 19.0% | 1945 | 20.4% | 3322 | 18.4% | −10.0% |
| 25–34 | 30,502 | 19.9% | 2128 | 22.3% | 3134 | 17.3% | −22.4% |
| 35–44 | 25,204 | 16.5% | 1772 | 18.6% | 2532 | 14.0% | −24.7% |
| 45–54 | 15,328 | 10.0% | 857 | 9.0% | 1723 | 9.5% | 5.9% |
| 55–64 | 5660 | 3.7% | 227 | 2.4% | 739 | 4.1% | 71.4% |
| ≥65 | 2173 | 1.4% | 93 | 1.0% | 365 | 2.0% | 106.1% |
| Gender | | | | | | | |
| Female | 100,634 | 63.7% | 6423 | 62.3% | 12,379 | 66.7% | 7.0% |
| Male | 57,269 | 36.3% | 3885 | 37.7% | 6194 | 33.4% | −11.5% |
| Reason | | | | | | | |
| Abuse/Misuse | 27,408 | 17.3% | 1544 | 14.9% | 2993 | 16.0% | 7.4% |
| Suicide attempt | 124,030 | 78.1% | 8462 | 81.4% | 14,779 | 79.2% | −2.7% |
| Intentional unknown | 7336 | 4.6% | 386 | 3.7% | 896 | 4.8% | 29.7% |
| Number of agents | | | | | | | |
| Benadryl only | 81,874 | 51.6% | 5658 | 54.5% | 9695 | 51.9% | −4.6% |
| Polysubstance exposure | 76,900 | 48.4% | 4734 | 45.6% | 8973 | 48.1% | 5.5% |
| Severity of exposure | | | | | | | |
| Minor | 75,010 | 47.2% | 5193 | 50.0% | 8558 | 45.8% | −8.3% |
| Moderate | 55,929 | 35.2% | 2952 | 28.4% | 7363 | 39.4% | 38.8% |
| Major (including death) | 8539 | 5.4% | 454 | 4.4% | 1092 | 5.9% | 33.9% |
| Unknown | 19,269 | 12.2% | 1793 | 17.3% | 1655 | 8.9% | −48.6% |
| Disposition | | | | | | | |
| Inpatient admission—ICU | 41,424 | 28.0% | 2487 | 25.7% | 4741 | 26.8% | 4.4% |
| Inpatient admission—Floor | 19,319 | 13.1% | 972 | 10.1% | 2607 | 14.8% | 46.8% |
| Psychiatric admission | 28,654 | 19.4% | 1777 | 18.4% | 4046 | 22.9% | 24.6% |
| Discharge | 36,232 | 24.5% | 2390 | 24.7% | 4302 | 24.3% | −1.5% |
| Other/unknown | 22,390 | 15.1% | 2047 | 21.2% | 1976 | 11.2% | −47.2% |
| Treatment location | | | | | | | |
| Home or on-site | 8702 | 5.5% | 557 | 5.4% | 821 | 4.4% | −17.9% |
| Health care facility | 148,019 | 93.2% | 9673 | 93.1% | 17,672 | 94.7% | 1.7% |
| Other/Unknown | 2053 | 1.3% | 162 | 1.6% | 175 | 0.9% | −39.7% |
| Major adverse events | | | | | | | |
| Death | 745 | 0.5% | 29 | 0.3% | 54 | 0.3% | 3.9% |
| Intubation or respiratory failure | 8351 | 5.3% | 453 | 4.4% | 1028 | 5.5% | 26.2% |
| Cardiac arrest | 1010 | 0.6% | 45 | 0.4% | 101 | 0.5% | 24.7% |
| Acidosis | 2802 | 1.8% | 104 | 1.0% | 571 | 3.1% | 205.8% |
| Hypotension/Shock | 3706 | 2.3% | 186 | 1.8% | 482 | 2.6% | 44.1% |
| Coma | 4880 | 3.1% | 318 | 3.1% | 602 | 3.2% | 5.2% |
| Rhabdomyolysis | 667 | 0.4% | 23 | 0.2% | 94 | 0.5% | 125.9% |
| Arrythmias or ECG changes | 2452 | 1.5% | 107 | 1.0% | 333 | 1.8% | 72.9% |
| Seizures and status epilepticus | 5277 | 3.3% | 268 | 2.6% | 768 | 4.1% | 59.4% |
| Delirium/hallucinations | 30,884 | 19.5% | 1677 | 16.1% | 3978 | 21.3% | 32.1% |
| Any major adverse event | 60,774 | 38.3% | 3210 | 30.9% | 8011 | 59.1% | 91.3% |

≥65 years of age had a 2.4-fold greater odds of having severe or life-threatening complications (or death) compared with exposures among the 15–19-year-old cohort (the group with the greatest number of reported exposures).

### Trends in DPH exposures

Figure 1 shows population trends in intentional exposures involving DPH by age group. From 2005 to 2016, the rate of any intentional DPH exposure increased from 3.65 to 5.98 per 100,000 U.S. population (63% relative increase) for all ages combined. The highest rates of intentional exposures occurred among 15–19 year olds, followed by 20–24 year olds. While suicide attempts, abuse, and misuse increased across all age groups, the greatest relative changes were noted in the extremes of age (Figure 2). Intentional exposures involving DPH increased by 218% (2.20–6.98 per 100,000 population) among those 10–14 years old, and 175% (0.18–0.39 per 100,000 population) for those ≥65 years of age. In trend analyses, there was a significant increase ($p < 0.001$) in the rates of intentional DPH exposures in nearly all age groups beginning in 2011 or 2012.

Figure 2 shows the relative rate increase (as percentage change from 2005 to 2016) of DPH exposures for each of the age groups, stratified by the reason for the exposure. There were notable differences in the types of exposures that accounted for the increased rates across each of the age groups. Suicide attempts involving DPH showed a bimodal distribution, increasing 263% among children 10–14 years old over the study period, the largest relative change noted in any group. Marked increases in the rates of suicide attempts were also noted among older adults, increasing by 126 and 143% among those 55–64 years and among those ≥65 years of age, respectively. While exposures due to DPH abuse were

somewhat higher in the younger age groups, and rare among older adults, misuse increased progressively with age. Older adults in both the 55–64 and ≥65-year-old age groups

**Table 2.** Factors associated with severe or life-threatening DPH exposures.

| | Severe exposures: $N = 8539$ | |
| --- | --- | --- |
| | OR | 95% CI |
| Age (years) | | |
| 10 − 14 | Ref | |
| 15 − 19 | 1.09 | 0.97–1.23 |
| 20 − 24 | 1.35 | 1.21–1.53 |
| 25 − 34 | 1.42 | 1.26–1.59 |
| 35 − 44 | 1.73 | 1.54–1.94 |
| 45 − 54 | 2.09 | 1.85–2.36 |
| 55–64 | 2.52 | 2.18–2.90 |
| ≥65 | 2.99 | 2.49–3.58 |
| Reason | | |
| Abuse/misuse | Ref | |
| Suicide attempt | 0.86 | 0.79–0.94 |
| Intentional unknown | 0.81 | 0.71–0.93 |
| Polysubstance exposure | 1.86 | 1.77–1.94 |
| Female | 0.81 | 0.78–0.85 |
| Year | | |
| 2005 | Ref | |
| 2006 | 1.05 | 0.92–1.20 |
| 2007 | 1.03 | 0.90–1.18 |
| 2008 | 1.11 | 0.97–1.26 |
| 2009 | 1.10 | 0.96–1.25 |
| 2010 | 1.14 | 1.00–1.29 |
| 2011 | 1.20 | 1.06–1.36 |
| 2012 | 1.38 | 1.22–1.55 |
| 2013 | 1.46 | 1.29–1.64 |
| 2014 | 1.22 | 1.08–1.37 |
| 2015 | 1.27 | 1.13–1.42 |
| 2016 | 1.34 | 1.19–1.50 |

Severe exposure defined as major medical outcome or death.

had about a 230% increase in rates of misuse during the study period.

We also found evidence of increasing severity of DPH exposures over time (Figure 3). From 2005 to 2016, exposures classified as moderate (prolonged or significant symptoms) increased from 28 to 39% of total calls (39% relative increase) and those classified as major (life-threatening symptoms or disability) increased from 4.4 to 5.9% of total calls (34% relative increase). Correspondingly, we also found the proportion of exposures associated with a major adverse event increased by 91% and nonpsychiatric inpatient admissions increased by 47% over the study period. Exposures with only minor symptoms decreased by 8.3% during the same period. Test for linear time trend in all classes of severity was significant ($p < 0.001$). The observed trends in severity were similar for both single agent DPH exposures and polysubstance exposures. Table 3 shows that moderate and major exposures have increased, and minor exposures have decreased, for both single and polysubstance exposures. The percent of polysubstance exposures did vary by age, with the youngest groups more likely to have single substance exposures. The percentage of polysubstance exposures increased with age until peaking in the 45–54-year-old group, then declining again. The oldest group (≥65 years) involved nearly equal numbers of polysubstance and single substance exposures (49 and 51%, respectively).

## Discussion

Using national poison center data from 2005 to 2016, we investigated trends in intentional DPH exposures by age and



**Figure 1.** Trends in population rates of DPH exposures from 2005 to 2016 by age group.



**Figure 2.** Relative change (%) in rate of intentional DPH exposures by reason and age group, 2005–2016.



**Figure 3.** Age- and sex-adjusted trends in severity in intentional DPH exposures.

determined whether the severity of these exposures have increased over time. During the study period, DPH exposures due to misuse, abuse, and suicide attempts increased significantly across all age groups, with the most dramatic increases noted among 10–14 year olds and adults over 65. Intentional exposures among children and adolescents were

Table 3. Single agent versus polysubstance DPH exposures.

| | Single agent exposure | | | | | Polysubstance exposure | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2005 | | 2016 | | Δ2005–2016 | 2005 | | 2016 | | Δ2005–2016 |
| Severity of exposure | | | | | | | | | | |
| Minor | 2780 | 49.1% | 4535 | 46.8% | −4.7% | 2413 | 51.0% | 4023 | 44.8% | −12.2% |
| Moderate | 1469 | 26.0% | 3618 | 37.3% | 43.5% | 1483 | 31.3% | 3745 | 41.7% | 33.2% |
| Major (including death) | 160 | 2.8% | 403 | 4.2% | 50.0% | 294 | 6.2% | 689 | 7.9% | 27.4% |
| Unknown | 1249 | 22.1% | 1139 | 11.8% | −46.6% | 544 | 11.5% | 516 | 5.8% | −49.6% |
| Any major adverse event | 2807 | 49.6% | 5301 | 54.7% | 10.3% | 2789 | 58.9% | 5727 | 63.8% | 8.3% |

primarily due to rising suicide attempts, while higher rates of exposures among older adults were more likely to be due to misuse. After adjusting for age and sex, the proportion of reported exposures resulting in a major adverse event or death also increased during the study period, particularly in the older adult population. Nearly half of the exposures in the study were polysubstance, demonstrating that DPH is a common coingestant in intentional ingestions. However, when single-agent DPH exposures were analyzed compared to polysubstance, the same trend of increasing severity over the study period was noted.

This study adds to a growing body of literature highlighting increasing rates of abuse and overdose of OTC medications in the USA, and in particular, suicide attempts involving OTC medications [4–6,8–10]. More than three quarters of DPH exposures reported to USA. PCCs in our sample were the result of suicide attempts. While adolescents ages 15–19 and young adults ages 20–24 comprised the vast majority of these cases, we found the greatest relative changes in suicides involving DPH at the extremes of age. DPH overdoses due to suicide attempts increased 2.6-fold for children and adolescents 10–14 years of age and nearly 1.5-fold for older adults over 65 years during the study period. These data are largely consistent with prior studies that have demonstrated similar epidemiologic trends in suicide attempts from any cause over the past decade, especially in these age groups [20, 21]. For example, from 2007 to 2015, ED visits for suicide attempts or suicidal ideation doubled among children and adolescents aged 5–18 years [20], increasing more rapidly in 10–14 year olds than in any other age group [21]. Further, we observed a clear uptick in the rate of intentional DPH overdoses beginning in 2011. Spiller et al. [22] also noted a similar inflection point of rising drug overdoses and suicide attempts among adolescents and young adults after 2011, which they hypothesize may be related to the increasing use of social media and smartphones. Given their ease of availability, adolescents who attempt suicide by poisoning are most likely to do so using OTC medications; OTC antihistamines are the 5th most common substance taken in adolescent suicide attempts overall, and the 3rd most common OTC medication (behind only acetaminophen and ibuprofen) [8].

We also note concerning trends in both the number and severity of exposures involving DPH among older adults. While relative rates of DPH exposures due to suicide attempts among older adults increased dramatically over the past decade, the actual number of reported exposures remains small. In contrast, DPH misuse increased progressively with age and was a more common cause of exposure among adults over 55. Although DPH and other OTC antihistamines are not recommended for older adults due to increased risk for anticholinergic effects, they remain FDA approved to treat insomnia, and are familiar and generally perceived as safe [23]. More than half (59%) of older adults taking nonprescription medications to improve sleep are taking products that contain either DPH or doxylamine, yet many are unaware of the potential side effects of these medications or dangers when taken in excess [24]. DPH misuse can be associated with serious consequences as older adults already have higher rates of polypharmacy, and are often on multiple medications that can affect the central nervous and cardiovascular systems.

Overdoses due to the misuse and abuse of prescription and OTC medications represent a growing public health crisis. While the opioid epidemic has received national attention, with numerous federal and regional initiatives aiming to curb inappropriate prescribing and use, the abuse of OTC drugs like DPH remains relatively underappreciated. In overdose, DPH can result in neurological and cardiovascular toxicity, resulting in significant morbidity and health care costs. In our study, over 4 in 10 patients with intentional DPH overdoses required hospitalization for medical stabilization, including 13% who required an ICU stay.

Interventions to address the abuse of OTC medications differ from those used for the abuse of illicit substances and can include limiting OTC quantity per unit pack, individual or "blister" packaging of pills/capsules, "behind the counter" restriction requiring pharmacist education to the buyer, and age restriction [3,25–28]. These strategies have been used successfully for other OTC medications prone to abuse such as dextromethorphan, ephedrine, and pseudoephedrine [5, 29]. In addition, health care providers should also consider abuse of OTC medications when screening for suicide risk and substance use in both the primary care and ED settings, especially among patients in the highest risk groups of preteens, adolescents, and older adults. Public health campaigns focusing on the dangers of misuse and overdose of antihistamines as well as other OTC drugs focused at the adolescent and older adult population could highlight the national scope of the problem.

## Limitations

Our results should be considered in light of several limitations. First, data from the NPDS only includes exposures which were reported to U.S. PCCs. Thus, the numbers in our study are likely an underestimate of the actual number of intentional DPH exposures. Second, it is unknown whether increased reporting to PCCs over the study period might

have contributed to the observed trends in exposure rates (though our data is consistent with drug overdose trends observed in other data sets). Third, the NPDS is compiled by information shared from patients and health care personnel, and is generally not verified by the poison center. This can result in missing data and an incomplete picture of any given ingestion affecting our reporting, particularly around adverse events and outcomes. For example, between 8.9 and 17.3% of ingestions were missing severity data. Finally, the fact that 48.4% of the exposures analyzed in our study were polysubstance exposures makes it more difficult to interpret the risks and outcomes related to DPH exposures specifically, and to draw conclusions about the role DPH plays in the increasing severity of the polysubstance exposures. However, our goal was to highlight the role of DPH in medically significant overdoses, both single and polysubstance.

## Conclusions

This study provides an in-depth investigation into the abuse and misuse of DPH and its role in suicide attempts in the U.S. The dramatic increases in suicide attempts involving DPH among 10–19-year-olds and those ≥65, as well as rising rates of misuse in the older adult population aligns with national epidemiologic trends in poisonings and drug overdoses. The increasing severity of DPH overdoses, and death associated with these exposures, points to the significant public health impact of this commonly available OTC drug.

## Disclosure statement

No potential conflict of interest was reported by the authors.

## ORCID

Antonia Nemanich    http://orcid.org/0000-0003-0342-6093

## References

[1] Rudd RA, Aleshire N, Zibbell JE, et al. Increases in drug and opioid overdose deaths-United States, 2000-2014. MMWR Morb Mortal Wkly Rep. 2016;64(50-51):1378–1382.

[2] Gummin DD, Mowry JB, Spyker DA, et al. 2017 Annual Report of the American Association of Poison Control Centers' National Poison Data System (NPDS): 35th Annual Report. Clin Toxicol (Phila). 2018;56(12):1213–1415.

[3] Hedegaard H, Warner M, Minino AM. Drug overdose deaths in the United States, 1999-2015. NCHS Data Brief. 2017;(273):1–8.

[4] Ford JA. Misuse of over-the-counter cough or cold medications among adolescents: prevalence and correlates in a national sample. J Adolesc Health. 2009;44(5):505–507.

[5] Karami S, Major JM, Calderon S, et al. Trends in dextromethorphan cough and cold products: 2000-2015 National Poison Data System intentional abuse exposure calls. Clin Toxicol (Phila)). 2018;56(7):656–663.

[6] Wilson MD, Ferguson RW, Mazer ME, et al. Monitoring trends in dextromethorphan abuse using the National Poison Data System: 2000-2010. Clin Toxicol (Phila). 2011;49(5):409–415.

[7] Sheridan DC, Hendrickson RG, Lin AL, et al. Adolescent suicidal ingestion: national trends over a decade. J Adolesc Health. 2017; 60(2):191–195.

[8] Benotsch EG, Koester S, Martin AM, et al. Intentional misuse of over-the-counter medications, mental health, and polysubstance use in young adults. J Commun Health. 2014;39(4):688–695.

[9] Vakkalanka JP, Charlton NP, Holstege CP. Epidemiologic trends in loperamide abuse and misuse. Ann Emerg Med. 2017;69(1):73–78.

[10] Lasoff DR, Koh CH, Corbett B, et al. Loperamide trends in abuse and misuse over 13 years: 2002-2015. Pharmacotherapy. 2017; 37(2):249–253.

[11] Gosselin S. Antihistamines and decongestants. In: Nelson LS, Howland MA, Lewin NA, Smith SW, Goldfrank LR, Hoffman RS. editors. Goldfrank's toxicologic emergencies, 11e. New York, NY: McGraw-Hill; 2019.

[12] Rowe C, Verjee Z, Koren G. Adolescent dimenhydrinate abuse: resurgence of an old problem. J Adolesc Health. 1997;21(1): 47–49.

[13] Conca AJ, Worthen DR. Nonprescription drug abuse. J Pharm Pract. 2012;25(1):13–21.

[14] U.S. Food and Drug Administration; FDA Drug Safety Communication. https://www.fda.gov/drugs/drug-safety-and-availability/fda-warns-about-serious-problems-high-doses-allergy-medicine-diphenhydramine-benadryl. Accessed October 5, 2020.

[15] Glickman L. Diphenhydramine abuse and withdrawal. JAMA. 1986;256(14):1894

[16] Erbe S, Bschor T. Diphenhydramine addiction and detoxification. A systematic review and case report. Psychiatr Prax. 2013;40(5): 248–251.

[17] Cox D, Ahmed Z, McBride AJ. Diphenhydramine dependence. Addiction. 2001;96(3):516–517.

[18] American Association of Poison Control Centers. National Poison Data System NPDS Coding Users' Manual, Version 3.1. 2014.

[19] U.S. Census Bureau; American Community Survey (ACS), American Fact Finder. https://data.census.gov/cedsci/. Accessed September 15, 2020.

[20] Insel BJ, Gould MS. Impact of modeling on adolescent suicidal behavior. Psychiatr Clin North Am. 2008;31(2):293–316.

[21] CDC. National Violent Death Reporting System (NVDRS). Atlanta, GA: US Department of Health and Human Services, CDC, National Center for Injury Prevention and Control; 2018. https://wisqars.cdc.gov:8443/nvdrs/nvdrsDisplay.jsp. [Accessed May 12, 2019].

[22] Spiller HA, Ackerman JP, Spiller NE, et al. Sex- and age-specific increases in suicide attempts by self-poisoning in the United States among youth and young adults from 2000 to 2018. J Pediatr. 2019;210:201–208.

[23] U.S. Food & Drug Administration. Sleep Disorder (Sedative-Hypnotic) Drug Information. https://www.fda.gov/drugs/postmarket-drug-safety-information-patients-and-providers/sleep-disorder-sedative-hypnotic-drug-information. [Accessed May 10, 2019].

[24] Abraham O, Schleiden L, Albert SM. Over-the-counter medications containing diphenhydramine and doxylamine used by older adults to improve sleep. Int J Clin Pharm. 2017;39(4):808–817.

[25] Sansgiry SS, Bhansali AH, Bapat SS, et al. Abuse of over-the-counter medicines: a pharmacist's perspective. Integr Pharm Res Pract. 2017;6(6):1–6.

[26] Turvill JL, Burroughs AK, Moore KP. Change in occurrence of paracetamol overdose in UK after introduction of blister packs. Lancet. 2000;355(9220):2048–2049.

[27] Hawton K, Simkin S, Deeks J, et al. UK legislation on analgesic packs: before and after study of long term effect on poisonings. BMJ. 2004;329(7474):1076.

[28] Hawton K, Bergen H, Simkin S, et al. Long term effect of reduced pack sizes of paracetamol on poisoning deaths and liver transplant activity in England and Wales: Interrupted time series analyses. BMJ. 2013;346:f403

[29] Nonnemaker J, Engelen M, Shive D. Are methamphetamine precursor control laws effective tools to fight the methamphetamine epidemic? Health Econ. 2011;20(5):519–531.