# EXHIBIT 10

## CASE REPORT • ÉTUDE DE CAS

# Dimenhydrinate dependence and withdrawal

David F. Craig, MD, FRCPC; Clive S. Mellor, MD, PhD, FRCPC

Cases of antihistamine abuse have been reported only rarely.[1-4] However, we have had several patients tell us of repeatedly ingesting large doses of dimenhydrinate (Gravol) to "get high". We suspect, as did Young, Boyd and Kreeft,[5] that dimenhydrinate dependence may be much more widespread than is generally recognized. We report three cases of chronic dimenhydrinate abuse to alert physicians to the problem. In two of the cases symptoms developed that suggested dimenhydrinate withdrawal syndrome.

## Case reports

### Case 1

A 41-year-old woman referred for depression had been taking bromazepam, 6 mg three times daily, for 2 years for nonspecific anxiety symptoms and dimenhydrinate for 18 months to help her sleep. She claimed to have been taking the dimenhydrinate on the advice of her family physician. She was taking no other medications, had no known medical conditions and denied regular consumption of alcohol or other drugs.

The patient complained of depression, interrupted sleep, reduced appetite, social withdrawal, loss of energy, loss of self-esteem, diurnal mood variation and suicidal ideation. She had recently been arrested for shoplifting, an act for which she professed complete amnesia. She later described other periods of amnesia and episodes of visual and auditory hallucinations. A mental status evaluation revealed a distraught, tearful woman but gave otherwise essentially normal results. Findings at physical examination were normal. Laboratory investigation revealed mild leukocytosis (leukocyte count 13.8 × 10⁹/L [81% neutrophils, 16% lymphocytes and 3% monocytes]). All other investigations gave normal results.

The dimenhydrinate was stopped without gradual reduction of the dose because we thought that the patient was taking only 50 mg/d; we found out later that she had increased the dose to at least 1250 mg/d. The bromazepam therapy was continued.

Two days after admission the patient had a poor appetite, complained of a "sick stomach" and was tearful and sobbing. Over the next 2 days she was unable to tolerate liquids or solids and vomited at least 12 times. She complained of a dry throat and a tender abdomen. The physical findings were unremarkable, and she remained afebrile. Her leukocyte count had decreased to 10.9 × 10⁹/L.

By the evening of the fifth hospital day fluids had to be given intravenously for dehydration. On the sixth day the patient's condition improved, but she still complained of nausea and vomited twice. On the seventh day she was able to tolerate fluids despite mild nausea, and the next day she was asymptomatic.

The bromazepam therapy was gradually stopped between 9 and 15 days after admission; only mild benzodiazepine withdrawal symptoms developed. The depression resolved spontaneously. The patient felt well and was discharged home 18 days after admission. She continued to do well over the next 6 months.

### Case 2

A recent history of patchy amnesia, irrational behaviour and clouding of consciousness prompted a 37-year-old woman to present to our department. She had a long history of multiple substance abuse, but currently dimenhydrinate was her preferred drug. She had been taking up to 2500 mg/d until 3 days before admission, when she reduced her intake to between 150 and 300 mg/d. She had been admitted many times previously for psychiatric problems, usually substance abuse with or without depression.

*Dr. Craig is assistant professor and Dr. Mellor professor and chairman, Department of Psychiatry, Memorial University of Newfoundland, St. John's.*

*Reprint requests to: Dr. David F. Craig, Department of Psychiatry, Health Sciences Centre, St. John's, Nfld. A1B 3V6*

On presentation the patient complained of diarrhea, which she attributed to her reduced dimenhydrinate intake. She looked pale and ill and showed evidence of significant weight loss. Her affect was flat. She described strong, continuous feelings of depersonalization and reported seeing faces and shapes in shadows. There were no hallucinations or delusions on admission, and her sensorium was clear. The physical findings were otherwise unremarkable and the laboratory results normal.

Flupenthixol decanoate, 20 mg intramuscularly, was given and the dimenhydrinate stopped. The patient was described as being "half awake, half asleep" and "generally ill" on the second hospital day. She complained of abdominal cramps on the third day and of nausea and vomiting on the fourth. Her appetite remained good. Nausea, shakiness and weakness occurred periodically over the next few days, but her 21-day hospital stay was otherwise uneventful.

## Case 3

A 30-year-old woman presented with a long history of mixed drug abuse. On admission she was taking benzodiazepines, narcotic analgesics and up to 3750 mg/d of dimenhydrinate. She described the effects of dimenhydrinate as follows: "[Dimenhydrinate] puts you in a mood you don't understand . . . high but not high . . . don't know who you are or where you're going . . . pleasant but confusing." She could not recall either being admitted to hospital or the events leading to the admission. She described visual hallucinations as well as auditory ones in which several voices talked to her and to each other and told her what to do.

Findings at physical examination and the results of routine laboratory tests were normal. The patient's hospital stay was unremarkable except for angry outbursts. She was discharged 6 days after admission but was readmitted 6 weeks later in a similar state; her second stay lasted 14 days.

The patient did not have any symptoms of physical illness during either stay. She continues to abuse many substances and has since been admitted to hospital several times.

## Comments

In case 1 the history of dimenhydrinate abuse and the lack of physical and laboratory findings to account for the symptoms provide reasonable evidence that a physical withdrawal syndrome can occur after sudden discontinuation of dimenhydrinate. Case 2 provides similar evidence, but the abuse of other substances before admission cannot be excluded. Both patients suffered a withdrawal syndrome characterized by nausea and vomiting; one also had diarrhea. The symptoms resolved spontaneously within 7 to 10 days.

All three patients had taken large amounts of dimenhydrinate. The patient in case 1 took the lowest daily dose, yet, paradoxically, suffered the most severe withdrawal symptoms. This might have been because she had taken the same amount daily for many months, whereas the other two patients had used the drug less regularly.

The 2-day delay in the onset of withdrawal symptoms in case 1 is difficult to explain. Perhaps it represented the time needed to metabolize the drug, particularly since the patient was a habitual user. There are no data on the metabolism of dimenhydrinate in habitual users; however, a single dose of diphenhydramine has an elimination half-life of up to 9 hours[6] (dimenhydrinate is a salt of diphenhydramine and 8-chlorotheophylline[7]).

Feldman and Behar[8] reduced a patient's diphenhydramine dose from 1600 to 600 mg/d suddenly and then tapered it over 9 days. The patient became mildly irritable and complained of increased defecation. Young and colleagues[5] withdrew one patient from 2500 mg/d of dimenhydrinate and found "increased excitability . . . an increased pulse rate, slightly elevated blood pressure and midriosis . . . [and] extreme malaise". A search of the literature revealed three more reported cases of deliberate dimenhydrinate abuse[1,3] and one case of diphenhydramine dependence.[9] These reports and ours suggest that the two drugs are potential substances of abuse and that a withdrawal syndrome may develop in some patients.

Mandrax (methaqualone–diphenhydramine) abuse was popular in the late 1960s and early 1970s,[10] but apparently methaqualone more than diphenhydramine was the reason for the popularity. In the early 1960s tripelennamine was crushed, dissolved and injected as "blue velvet".[11] Its stimulation of the central nervous system seems to have been largely responsible for its abuse, and convulsions were a well-recognized hazard.[12] The combination of tripelennamine and the synthetic opiate pentazocine ("Ts and blues") was popular in the 1970s as a substitute for either heroin or "speed ball" (a modified heroin–cocaine mixture).[12,13]

Despite their widely believed safety antihistamines have been shown to have considerable toxicity in cases of overdose.[1,14-17] In adults, toxic effects of dimenhydrinate and diphenhydramine include thought disorder, visual, auditory and tactile hallucinations, ideas of reference and of persecution, irrational behaviour, amnesia and delirium.[1,14,16,17] The symptoms closely resemble those of atropine psychosis and are thought to be due to the anticholinergic effects of the drugs. Convulsions and hypothermia

**Adult**
The recommended dosages of CIPRO® are:

| Location of Infection | Type/Severity | Unit Dose | Frequency | Daily Dose |
|---|---|---|---|---|
| Urinary Tract | Mild/Moderate | 250 mg | q 12h | 500 mg |
| | Severe/Complicated | 500 mg | q 12h | 1000 mg |
| Lower Respiratory Tract | Mild/Moderate | 500 mg | q 12h | 1000 mg |
| Bone & Joint | Severe/Complicated* | 750 mg | q 12h | 1500 mg |
| Skin & Soft Tissue | | | | |
| Infectious Diarrhea | Mild/Moderate/Severe | 500 mg | q 12h | 1000 mg |

\* e.g. hospital-acquired pneumonia, osteomyelitis.

Depending on the severity of the infections, as well as the clinical and bacteriological responses, the average treatment period should be approximately 7 to 14 days. Generally, treatment should last 3 days beyond the disappearance of clinical symptoms or until cultures are sterile. Patients with osteomyelitis may require treatment for a minimum of 6 to 8 weeks and up to 3 months. With acute cystitis, a five-day treatment may be sufficient.

**Impaired Renal Function**
Ciprofloxacin is eliminated primarily by renal excretion. However, the drug is also metabolized and partially cleared through the biliary system of the liver and through the intestine (see Product Monograph: HUMAN PHARMACOLOGY). This alternate pathway of drug elimination appears to compensate for the reduced renal excretion of patients with renal impairment. Nonetheless, some modification of dosage is recommended, particularly for patients with severe renal dysfunction. The following table provides dosage guidelines for use in patients with renal impairment. However, monitoring of serum drug levels provides the most reliable basis for dosage adjustment. Only a small amount of ciprofloxacin (<10%) is removed from the body after hemodialysis or peritoneal dialysis.

| Creatinine Clearance mL/min (mL/s) | Dose |
|---|---|
| > 30 (0.5) | No dosage adjustment |
| < 30 (0.5) and patients on hemodialysis or peritoneal dialysis | Use recommended dose once daily or half the dose twice daily |

When only the serum creatinine concentration is available, the following formula (based on sex, weight and age of the patient) may be used to convert this value into creatinine clearance. The serum creatinine should represent a steady state of renal function:

Males:
$$\text{Weight (kg)} \times (140 - \text{age})$$
$$\overline{72 \times \text{serum creatinine(mg/100mL)}}$$

Females: 0.85 x the above value
To convert to international units, multiply result by 0.01667

**CHILDREN**
The safety and efficacy of CIPRO® in children have not been established. CIPRO® should not be used in prepubertal patients (see WARNINGS).

**DOSAGE FORMS**
**Availability**
CIPRO® 250-each tablet contains ciprofloxacin hydrochloride monohydrate equivalent to 250 mg ciprofloxacin.
CIPRO® 500-each tablet contains ciprofloxacin hydrochloride monohydrate equivalent to 500 mg ciprofloxacin.
CIPRO® 750-each tablet contains ciprofloxacin hydrochloride monohydrate equivalent to 750 mg ciprofloxacin.
STORE BELOW 30° C (86° F).

| | Strength | Tablet Identification |
|---|---|---|
| Bottles of 50 | 250 mg | Miles 512 |
| | 500 mg | Miles 513 |
| | 750 mg | Miles 514 |
| Unit Dose Package of 100 | 500 mg | Miles 513 |
| | 750 mg | Miles 514 |

**References:**
1. Barry AL et al, *Antimicrob Agents Chemother* 1984; 25(5):633-37.
2. Goldstein EJC et al, *Am J Med* 1987; 82(4A):284-87.
PRODUCT MONOGRAPH AVAILABLE UPON REQUEST.

 Pharmaceutical Division
MILES CANADA INC.
77 Belfield Road, Etobicoke, Ontario M9W 1G6

© MILES CANADA INC., 1990
® Registered Trademark
MILES CANADA INC. is the Registered User of the Trademark CIPRO®, the original brand of ciprofloxacin hydrochloride.
TM The trademark of the CIPRO tablet, consisting of its colour, shape and size, is a trademark of MILES CANADA INC.

 **B.I.D. TABLETS**

---

have also been described, particularly in children.[1] Similar symptoms have been reported after overdoses of prophenpyridamine[15] and cyclizine.[2] Psychotic symptoms usually appear with doses greater than 600 mg/d of dimenhydrinate; they develop rapidly and resolve within 1 to 2 days. Treatment is largely supportive.

Dimenhydrinate and diphenhydramine are readily available over the counter and relatively inexpensive, factors that could increase and disguise the extent of abuse. We recommend that physicians be aware of the possibility of such abuse, particularly in cases of unexplained persistent nausea and vomiting.

We thank Ms. Gertie Mahoney for her assistance in the preparation of this article.

# References

1. Brown JH, Sigmundson HK: Delirium from misuse of dimenhydrinate. *Can Med Assoc J* 1969; 101: 710–711
2. Gott PH: Cyclizine toxicity — intentional drug abuse of a proprietary antihistamine. *N Engl J Med* 1968; 279: 596
3. Malcolm R, Miller WC: Dimenhydrinate (Dramamine) abuse: hallucinogenic experiences with a proprietary antihistamine. *Am J Psychiatry* 1972; 128: 1012–1013
4. Borman MC: Danger with Benadryl of self medication and large dosage. *JAMA* 1947; 133: 394–395
5. Young GB, Boyd D, Kreeft J: Dimenhydrinate: evidence for dependence and tolerance. *Can Med Assoc J* 1988; 138: 437–438
6. McEvoy GK, Litvak K, Mendham NA et al (eds): *AHFS Drug Information*, American Society of Hospital Pharmacists, Bethesda, Md, 1989: 16–17
7. Ibid: 1602–1603
8. Feldman MC, Behar M: A case of massive diphenhydramine abuse and withdrawal from use of the drug [C]. *JAMA* 1986; 255: 3119–3120
9. Glickman L: Diphenhydramine abuse and withdrawal [C]. *JAMA* 1986; 256: 1894
10. Tennant FS: Complications of methaqualone–diphenhydramine (Mandrax) abuse. *Br J Addict* 1973; 68: 327–330
11. Burton JF, Zawadzki ES, Wetherell HR et al: Mainliners and blue velvet. *J Forensic Sci* 1965; 10; 466–472
12. Showalter CV: T's and blues: abuse of pentazocine and tripelennamine. *JAMA* 1980; 203: 139–140
13. Senay EC: Clinical experience with T's and B's. *Drug Alcohol Depend* 1985; 14: 305–311
14. Wyngaarden JB, Seevers MH: The toxic effects of antihistaminic drugs. *JAMA* 1951; 145: 277–282
15. Waldman S, Penner L: Toxic psychosis due to overdosage with prophenpyridamine (Trimeton). *JAMA* 1950; 143: 1334–1335
16. Sachs BA: The toxicity of Benadryl — report of a case and review of the literature. *Ann Intern Med* 1948; 29: 135–144
17. Nigro SA: Toxic psychosis due to dephenhydramine hydrochloride. *JAMA* 1968; 203: 139–140