# EXHIBIT 11



**Journal of Dual Diagnosis**

ISSN: 1550-4263 (Print) 1550-4271 (Online) Journal homepage: www.tandfonline.com/journals/wjdd20

# Severe Diphenhydramine Dependence and Withdrawal: Case Report

CarolineBonhamMBBS & FlorianBirkmayerMD

**To cite this article:** CarolineBonhamMBBS & FlorianBirkmayerMD (2009) Severe Diphenhydramine Dependence and Withdrawal: Case Report, Journal of Dual Diagnosis, 5:1, 97-103, DOI: 10.1080/15504260802620269

**To link to this article:**  https://doi.org/10.1080/15504260802620269

Published online: 20 Jan 2009.

Submit your article to this journal ⬀

Article views: 176

View related articles ⬀

Full Terms & Conditions of access and use can be found at
https://www.tandfonline.com/action/journalInformation?journalCode=wjdd20

*Journal of Dual Diagnosis*, 5:97–103, 2009
Copyright © Taylor & Francis Group, LLC
ISSN: 1550-4263 print / 1550-4271 online
DOI: 10.1080/15504260802620269



# Severe Diphenhydramine Dependence and Withdrawal: Case Report

CAROLINE BONHAM, MBBS and FLORIAN BIRKMAYER, MD

*Department of Psychiatry, University of New Mexico, School of Medicine, Albuquerque, New Mexico, USA*

*This report describes a case of diphenhydramine dependence and withdrawal in a 34-year-old woman with schizophrenia. Anticholinergic medications have the potential for dependence. A characteristic withdrawal syndrome can develop after abrupt cessation of high-dose anticholinergics. This patient presented with an anticholinergic withdrawal syndrome manifest by pyrexia, hypertension, bowel and bladder incontinence, and increased muscle tone. Diphenhydramine is considered a relatively safe medication. This case highlights its potential for abuse and reminds us of the features of its characteristic withdrawal syndrome.*

*KEYWORDS   Anticholinergics, diphenhydramine, substance dependence, withdrawal, schizophrenia*

## CASE HISTORY

AR, a 34-year-old woman with chronic undifferentiated schizophrenia and cocaine dependence in full sustained remission, was admitted to a general medical ward for evaluation of bowel and bladder incontinence, mild pyrexia, mild hypertension, and increased tone in her upper extremities. No definitive diagnosis was made during this medical admission. The diagnosis of neuroleptic malignant syndrome was considered but was thought to be unlikely since her creatine kinase level was normal. Her symptoms resolved gradually over a 2-week period as an inpatient.

---

Received 21 September 2007; accepted 16 February 2008.

Address correspondence to Caroline Bonham, MBBS, Department of Psychiatry, University of New Mexico, School of Medicine MSC09 5030, 1 University of New Mexico, Albuquerque, NM 87131. E-mail: cbonham@salud.unm.edu

At her follow-up psychiatric appointment, her mother mentioned that since discharge from hospital, the patient had resumed using 1.5 g of diphenhydramine a day and approximately 300 to 400 mg of propranolol daily. At this dosage, the patient was ingesting a potentially lethal amount of diphenhydramine, as death from overdose has been reported in an adult who ingested 1.2 g (Karch, 1998). The patient had been engaging in illegal activities in order to purchase the diphenhydramine and had threatened her family members with violence when they expressed concerns.

With this new information, the psychiatric staff concluded that the patient's symptoms of incontinence, pyrexia, hypertension, and extrapyramidal symptoms observed during her medical admission represented withdrawal from diphenhydramine. Since $\beta$-blocker withdrawal can also cause rebound tachycardia and hypertension (Goldman, 1981), it is possible that she was also experiencing a rebound syndrome from propranolol. She agreed to psychiatric admission for monitored withdrawal from diphenhydramine. She was unable to explain why she was using either the diphenhydramine or the propranolol.

Physical examination revealed the following significant findings: vital signs were within normal limits; tone in her upper limbs was more pronounced on the left; coordination in her upper limbs was impaired secondary to this increased tone; and bipedal nonpitting edema was observed.

On admission mental status, the patient's thought processes were concrete. She described ideas of reference, thought insertion, and chronic auditory hallucinations. Her insight and judgment were impaired.

She remained as an inpatient on the psychiatric ward for 28 days. The diphenhydramine was stopped and substituted with a scheduled low dose of benztropine administered twice daily. Within 24 hours of admission, she became incontinent of urine, was unable to walk due to increased tone in her lower limbs, became markedly tremulous, and developed tachycardia and hypertension with a heart rate of 130 beats per minute and a maximum blood pressure of 140/98 mm Hg.

The scheduled dosage of benztropine was increased to a thrice-daily dose and then gradually tapered during the admission. She also received lorazepam to address her agitation and insomnia, and she was placed on a tapering course of propranolol. Her psychotic symptoms were treated with quetiapine. Her incontinence, agitation, tachycardia, hypertension, and increased muscle tone slowly resolved during this admission. Table 1 shows a more thorough summary of the hospital admission findings and details.

AR gave written informed consent for her case to be published as an illustration of diphenhydramine dependence, and the local institutional policies on anonymity were followed in the preparation of this case report.

**TABLE 1** Summary of Clinical Presentation and Treatment During Admission

| | Medical Admission (4 Days) | Psychiatric Admission (28 Days, 1 Month Later) |
| --- | --- | --- |
| Clinical findings | Unresponsive, incontinent of urine, muscle rigidity | Ideas of reference, thought insertion, and auditory hallucinations on mental status examination |
| | Temperature: 38.2° C | Increased tone in upper limbs and subsequent impaired coordination; no ataxia |
| | Heart rate: 134 beats/min | Vital signs were normal |
| | Blood pressure: 132/88 mm Hg | |
| Laboratory values | White blood cell count: $14.3 \times 10^3/mm^3$ | Results of complete blood cell count, creatine kinase assessment, comprehensive metabolic panel, and urine drug screen were within normal limits |
| | Sodium: 159 mEq/L | |
| | Results of complete blood cell count, creatine kinase assessment, comprehensive metabolic panel, chest radiography, lumbar puncture, electrocardiography, urinalysis, and urine drug screen within normal limits | |
| Documented medications on admission | Received fluphenazine decanoate 25 mg intramuscularly, 9 days prior to admission | Received fluphenazine decanoate 25 mg intramuscularly 2 days prior to admission; prior to this dose, the patient had not received any antipsychotics for the preceding 6 weeks |
| Treatment | Normal saline intravenously | Benztropine 1 mg PO tid (tapered over 2 weeks) |
| | For the first 24 hours of admission, the patient received diphenhydramine 50 mg intravenously every 6 hours and lorazepam 1.5 cc/hour intravenously | Propranolol 40 mg PO tid (tapered over 10 days) |
| | | Lorazepam 2 mg PO every 4 hours (tapered over entire admission) |
| | | Quetiapine 200 mg PO at bedtime |
| Medications at discharge | Amantadine 100 mg PO bid | Fluphenazine decanoate 25 mg intramuscularly every 2 weeks |
| | Benztropine 1.5 mg PO bid | |
| | Clonazepam 0.5 mg PO bid | |

## DISCUSSION

Diphenhydramine (Benadryl) is a first-generation H1 receptor antagonist that can penetrate the blood-brain barrier. It is a member of the ethanolamine class, and it possesses significant anticholinergic activity mediated by muscarinic receptors (Skidgel & Erdos, 2006). Diphenhydramine is widely used in psychiatric and primary care settings for its antihistaminergic properties to relieve insomnia and anxiety. It is also used for its anticholinergic properties to relieve side effects from antipsychotics. In one survey, 45% of psychiatric outpatients had antihistamines prescribed as hypnotics (Hinkes, 2000). Antihistamines are often prescribed because they are considered to be relatively safe, nonaddictive medications. However, considerable evidence suggests that anticholinergic medications have been associated with abuse and dependence syndromes.

Initial case reports of anticholinergic misuse focused on trihexyphenidyl/benzhexol (Artane; Marriott, 1976; MacVicar, 1977; Rubinstein, 1978; Goggin & Solomon, 1979; Kaminer, Munitz, & Wijsenbeek, 1982; Pullen, Best, & Maguire, 1984; Crawshaw & Mullen, 1984; McInnis & Peturrson, 1984). Trihexyphenidyl has been considered to be the most euphorigenic of the anticholinergic drugs, but several case reports specifically describe instances of diphenhydramine abuse as well (Barsoum, Kolivakis, Margolese, & Chouinard, 2000; Feldman, 1986; Brower, 1987; Cox, Ahmed, & McBride, 2001). The phenomenon of dependence on diphenhydramine as defined by DSM-IV has also been documented (De Nesnera, 1996).

Reports of prevalence rates of anticholinergic abuse in psychiatric patients have ranged from 0% to 34% (Goggin & Solomon, 1979; Pullen et al., 1984; Saran, 1986; Fowler, Carr, Carter, & Lewin, 1998; Burlich, Weller, & Kevans, 2000). Of note, 57.5% of a sample of homeless Brazilian children indicated that they used anticholinergic medication for its euphoric properties (Carlini, 1993).

Two patterns of anticholinergic abuse have been described (Smith, 1980). Anticholinergics can be acutely ingested to induce a euphoria with hallucinations. Because of the resulting delirium, acute ingestion of anticholinergic medication can mimic exacerbations of psychosis. The second pattern of anticholinergic use is described as regular use at lower doses for the mildly elevating effects and to avoid withdrawal symptoms. The preferred route of administration is generally oral, but inhalation (Brower, 1987) and intravenous use have also been described (Carlini, 1993).

Individuals who abuse anticholinergic medication have described their reasons for consumption as "to feel speeded up" (Feldman, 1986), to feel "friendly and talkative" (Marriott, 1976), and "to get as high as a kitten" (MacVicar, 1977). Others have described using anticholinergic medication

specifically to relieve symptoms of depression (Rubinstein, 1978). Many references to anticholinergic abuse have specifically described patients with diagnoses of schizophrenia (Marriott, 1976; Kaminer et al., 1982; Pullen et al., 1984; Crawshaw & Mullen, 1984; McInnis & Peturrson, 1984; Feldman, 1986; Brower, 1987; De Nesnera, 1996; Fowler et al., 1998; Burlich et al., 2000; Smith, 1980; Olivera & Evans, 1988). As suggested by Burlich and colleagues (2000), the socially stimulating effects are likely to be particularly desirable in a population with prominent negative symptoms.

A characteristic withdrawal syndrome from anticholinergic medication has been observed in patients who have been hospitalized for detoxification. The withdrawal symptoms represent a cholinergic rebound state that includes tachycardia, increased perspiration, diarrhea, headache, irritability, anxiety, abdominal cramps, nausea, drooling, decreased concentration, depression, and blurred vision (Crawshaw & Mullen, 1984; De Nesnera, 1996; Olivera & Evans, 1988). $\beta$-Blockers and benzodiazepines can be used to ameliorate some of these symptoms (Olivera & Evans, 1988). Another case report describes a patient who had seizures upon withdrawal from the anticholinergic medication orphenadrine (Shariatmadari, 1975).

A small double-blind placebo-controlled trial of 22 psychiatric inpatients observed trihexyphenidyl withdrawal. In this study, patients were included if they were on a regular neuroleptic and regular trihexyphenidyl for the 3-month period prior to the study. All patients continued to receive their usual dose of neuroleptic. However, half of the patients were randomized to receive active trihexyphenidyl, and the remainder received placebo. Interestingly, in this study both the withdrawal group and the control group showed an increase in extrapyramidal symptoms even though the control group was receiving their usual medication regimen. Those in the placebo group who were withdrawing from their usual dose of trihexyphenidyl were more likely to demonstrate irritability, insomnia, flu-like symptoms, and palpitations (McInnis & Petursson, 1985).

## CONCLUSIONS

Use of antihistamines is prevalent. Diphenhydramine is considered so safe that it is available over the counter. Clinicians should be aware of the potential for abuse of these medications, particularly when they are being prescribed to vulnerable psychiatric populations. They should also be familiar with the characteristic withdrawal syndrome, as this constellation of signs and symptoms may be the first indication of anticholinergic dependence.

## REFERENCES

Barsoum, A., Kolivakis, T., Margolese, H. C., & Chouinard, G. (2000). Diphenhydramine (Unisom), a central anticholinergic and antihistamine: Abuse with massive ingestion in a patient with schizophrenia. *Canadian Journal of Psychiatry*, *45*, 846–847.

Brower, K. J. (1987). Smoking of prescription anticholinergic drugs. *American Journal of Psychiatry*, *144*, 383.

Burlich, N., Weller, A., & Kevans, P. (2000). Misuse of anticholinergic drugs by people with serious mental illness. *Psychiatric Services*, *51*, 928–929.

Carlini, E. A. (1993). Preliminary note: Dangerous use of anticholinergic drugs in Brazil. *Drug and Alcohol Dependence*, *32*, 1–7.

Cox, D., Ahmed, Z., & McBride, A. J. (2001). Diphenhydramine dependence. *Addiction*, *96*, 516–517.

Crawshaw, J. A., & Mullen, P. E. (1984). A study of benzhexol abuse. *British Journal of Psychiatry*, *145*, 300–303.

De Nesnera, A. P. (1996). Diphenhydramine dependence: A need for awareness. *Journal of Clinical Psychiatry*, *57*(3), 136–137.

Feldman, M. D. (1986). A case of massive diphenhydramine abuse and withdrawal from use of the drug. *Journal of the American Medical Association*, *255*, 3119–3120.

Fowler, I. L., Carr, V. J., Carter, N. T., & Lewin, T. J. (1998). Patterns of current and lifetime substance use in schizophrenia. *Schizophrenia Bulletin*, *24*, 443–455.

Goggin, D. A., & Solomon, G. F. (1979). Trihexyphenidyl abuse for euphorigenic effect. *American Journal of Psychiatry*, *136*, 459–460.

Goldman, L. (1981). Noncardiac surgery in patients receiving propranolol: Case reports and a recommended approach. *Archives of Internal Medicine*, *141*, 193–196.

Hinkes, R. M. (2000). Survey of hypnotic use in a psychiatric outpatient population. *ASHP Annual Meeting*, *7*, 1–76.

Kaminer, Y., Munitz, H., & Wijsenbeek, H. (1982). Trihexyphenidyl (Artane) abuse: Euphoriant and anxiolytic. *British Journal of Psychiatry*, *140*, 473–474.

Karch, S. B. (1998). Diphenhydramine toxicity: Comparisons of postmortem findings in diphenhydramine-, cocaine-, and heroin-related deaths. *American Journal of Forensic Medicine and Pathology*, *19*, 143–147.

MacVicar, K. (1977). Abuse of antiparkinsonian drugs by psychiatric patients. *American Journal of Psychiatry*, *134*, 809–810.

Marriott, P. (1976). Dependence on antiparkinsonian drugs. *British Medical Journal*, *1*, 152.

McInnis, M., & Peturrson, H. (1984). Trihexphenidyl dependence. *Acta Psychiatrica Scandinavica*, *69*, 538–542.

McInnis, M., & Petursson, H. (1985). Withdrawal of trihexyphenidyl. *Acta Psychiatrica Scandinavica*, *71*, 297–303.

Olivera, A. A., & Evans, M. (1988). Chronic anticholinergic administration: Dependence, withdrawal syndrome, and treatment. *Current Therapeutic Research*, *44*, 325–328.

Pullen, G., Best, N., & Maguire, J. (1984). Anticholinergic drug abuse: A common problem? *British Medical Journal, 289*, 612–613.

Rubinstein, J. S. (1978). Abuse of anticholinergic drugs. *New England Journal of Medicine, 15*, 834.

Saran, A. S. (1986). Use or abuse of antiparkinsonian drugs by psychiatric patients. *Journal of Clinical Psychiatry, 47*, 130–132.

Shariatmadari, M. E. (1975). Orphenadrine dependence. *British Medical Journal, 3*, 486.

Skidgel, R. A., & Erdos, E. G. (2006). Histamine, bradykinin, and their antagonists. In L. L. Brunton (Ed.), *Goodman & Gilman's the pharmacological basis of therapeutics* (11th ed.). New York, NY: McGraw-Hill.

Smith, J. M. (1980). Abuse of the antiparkinson drugs: A review of the literature. *Journal of Clinical Psychiatry, 41*(10), 351–354.