# EXHIBIT 13

This material may be protected by Copyright law (Title 17 U.S. Code)

# Risk of abuse of diphenhydramine in children and adolescents with chronic illnesses

*Patricia A. Dinndorf, MD, Mary Ann McCabe, PhD, Sharon Frierdich, RN, PNP*

Diphenhydramine is generally considered an innocuous drug with a minimal risk for abuse and untoward side effects. We describe children and adolescents with chronic hematologic and oncologic diseases who exhibited drug-seeking behavior or anticholinergic symptoms with the use of diphenhydramine. These cases illustrate that the assumption that this drug is without significant adverse effects may be unwarranted, especially for children and adolescents with chronic diseases. (J Pediatr 1998;133:293-5)

Diphenhydramine hydrochloride (Benadryl), commonly given to children for a number of indications, is available in many over-the-counter preparations and is generally considered to be innocuous. In the practice of hematology/oncology, we have encountered a series of children and young adults who have exhibited drug-seeking behavior for diphenhydramine, in some cases using the drug at doses and intervals that resulted in anticholinergic symptoms. A handful of case reports in the psychiatric literature documents abuse of diphenhydramine and dimenhydrinate (Dramamine) in adults and adolescents.[1-8] Our experience suggests that the indiscriminate use of diphenhydramine, especially via the intravenous route in children and adolescents, should be reassessed. Although the cases presented here involve children and adolescents treated for hematologic and oncologic problems, children with other chronic conditions may also be at risk.

## CASE REPORTS

Patient 1 was an 11-year-old girl diagnosed with acute myelogenous leukemia. A bone marrow remission was successfully induced, and she was referred to another medical center for consolidation therapy with bone marrow transplant. Approximately 4 weeks after transplantation, while the patient was still hospitalized at the transplant center, she expressed concern that she was becoming addicted to diphenhydramine. She reported that she would request diphenhydramine for pruritus, although she was not experiencing this symptom. She reported that she was seeking the sedative effect of the drug. She was advised that diphenhydramine was not an "addictive" drug and she did not need to worry.

Patient 2 was an 8-year-old girl with meningeal spread of Ewing's sarcoma. She was treated at home with intravenous morphine for pain and intravenous diphenhydramine, 50 mg every 1½ to 2 hours, for nausea and vomiting.

She was admitted to the hospital in order to improve her pain control. On her second hospital day, she exhibited choreoathetoid movements, psychomotor agitation, and urinary retention. These symptoms were attributed to her frequent dosing of diphenhydramine (~35 mg/kg/day). Therefore diphenhydramine was discontinued and replaced with dronabinol for antiemetic relief. The anticholinergic symptoms began to subside after 24 hours. She was distressed and inconsolable when she became aware that she would not be receiving her usual medication.

Patient 3 was a 20-year-old woman with dyskeratosis congenita that had been monitored since childhood. She had multiple complications as a consequence of this disease including those secondary to aplastic anemia, gastritis, esophagitis, and aseptic necrosis of the right hip and ankle, which led to chronic pain. She was treated extensively through the years with diphenhydramine, both as a premedication for frequent blood transfusions and as an antipruritic for itching caused by morphine. Her chronic pain was being managed with fentanyl patches in an outpatient chronic pain program. However, while she was hospitalized to receive antibiotic therapy for a central venous catheter site infection, she locked herself in a bathroom. She was subsequently noted to be disoriented and excessively fidgety and to exhibit choreoathetoid movements. Because drug abuse was suspected, her room was searched and vials of a parenteral formulation of diphenhydramine were found, which were later identified as missing from a medication cart. No further diphenhydramine was given, and her dyskinesia improved. Despite her protests, after this incident she

*From the Department of Hematology/Oncology, Children's National Medical Center, Washington, DC, and the Department of Pediatrics, University of Wisconsin Medical Center, Madison.*

Submitted for publication Jan 19, 1998; revision received Apr 20, 1998; accepted May 20, 1998.

Reprint requests: Patricia A. Dinndorf, MD, Department of Hematology/Oncology, Children's National Medical Center, 111 Michigan Ave, Washington, DC 20010.

Copyright © 1998 by Mosby, Inc.

0022-3476/98/$5.00 + 0   **9/22/91962**

was only given oral hydroxyzine hydrochloride as a premedication for blood product infusion. In retrospect, a previous incident of suspected drug abuse was probably also abuse of diphenhydramine, because she exhibited drug-seeking behavior for this medication. Over time, the patient continued to request parenteral diphenhydramine occasionally, but requests were denied. A care plan made certain that she received only oral medication.

Patient 4 was a 16-year-old boy who had secondary acute myelogenous leukemia after successful treatment of osteogenic sarcoma. He had nasopharyngeal and central nervous system aspergillosis after a course of high-dose induction chemotherapy before a scheduled bone marrow transplantation. He was treated with a prolonged outpatient course of amphotericin; as daily premedication, he received intravenous diphenhydramine and meperidine. He was allowed to inject his own premedications. During a subsequent hospitalization he began demanding that he be given diphenhydramine by rapid intravenous bolus and requested that he be allowed to inject it himself. He was equally concerned about the rate of delivery of morphine and had several altercations with the staff about these issues. During this hospitalization and after discharge, delivery of his medications was changed to a standardized protocol of administration. During a subsequent hospitalization, his mother discovered a "stash" of parenteral diphenhydramine in his bedroom at home. He continued to receive parenteral diphenhydramine as a slow infusion, rather than orally because he experienced hives as a result of a blood transfusion after oral premedication with diphenhydramine. He continued to request that caregivers administer his diphenhydramine by rapid bolus.

Patient 5 is a 12-year-old boy with synovial cell sarcoma of the neck region. Treatment with chemotherapy and local radiation resulted in chronic stomatitis, nausea, and vomiting. He was discharged receiving intravenous patient-controlled analgesia with morphine for pain and intravenous lorazepam and diphenhydramine as antiemetics. One week after discharge, he was seen in the clinic; he reported difficulty urinating, excessive dry mouth, and tremors. On interview, he admitted to being responsible for self-administration of his intravenous medications. He stated that he was injecting his 50 mg of diphenhydramine approximately every 2 hours while awake. He was upset to hear that his symptoms were due to his diphenhydramine use and that it would be discontinued. At the time he experienced these symptoms, he also admitted that he had been administering the lorazepam more frequently than it had been prescribed. He received a tapering schedule of lorazepam. He was referred for formal psychologic therapy to improve his coping skills.

## DISCUSSION

Diphenhydramine is a useful and commonly prescribed antihistamine, specifically an H1 blocking agent. Children with chronic diseases, especially those requiring blood transfusions, may receive this drug over many years. Antihistamines of this class are indicated in the treatment of hypersensitivity reactions of an allergic nature.[9] Although diphenhydramine is the active agent in many over-the-counter soporifics, antihistamines are viewed as only minimally effective in inducing sleep and capable of impairing the quality of sleep and adversely affecting performance the next day.[10] Nonetheless, diphenhydramine is commonly used for its sedative and anxiolytic properties. It is perceived to be a safe and innocuous drug with no potential for addiction.[11] However, there have been multiple reports of abuse of diphenhydramine and dimenhydrinate as single agents.[1-6] These case reports have involved adults with psychiatric diagnoses including drug abuse and schizophrenia,[1,4-6,8-11] adolescents with histories of drug abuse,[3,6] or adults chronically abusing antihistamines as sedatives.[1]

The patients we describe were receiving diphenhydramine in a medical setting as premedication to prevent side effects of blood transfusions or other medications or as adjuvant therapy to control symptoms of their underlying illness. Most received diphenhydramine over a prolonged period because of chronic illness. Because of the intensity of their medical regimens, it was customary for them to receive medication through a central venous catheter even if the oral route was feasible. Thus all these patients were receiving diphenhydramine as a bolus injection, which may have had a role in producing the drug-seeking behavior we observed.

Importantly, anticholinergic adverse drug reactions, such as those seen in cases 2, 3, and 5, may lead to aggressive medical evaluations in which neurologic causes are sought to explain these findings. Moreover, these symptoms may be exaggerated by concurrent administration of central nervous system–active drugs such as meperidine and lorazepam. Awareness of this complication and care in using the smallest effective dose may prevent unnecessary and expensive evaluation of those symptoms.

This experience leads us to suggest that when there is an indication for the use of antihistamines, these should be given orally whenever possible. When the intravenous route is indicated, the medication should be infused over 20 minutes or longer, rather than administered by bolus injection. The lowest effective dose (starting at 0.5 mg/kg, 25 mg maximum every 6 hours) should be given. Premedication should be reserved for patients who have experienced reactions requiring an antihistamine and should not be used as empiric therapy. The administration of intravenous antihistamines should be carefully supervised in home medical regimens.

Clinically, we have been unable to observe a pattern related to age, psychiatric diagnosis, or medical regimen among patients who exhibit drug-seeking behavior with diphenhydramine. Systematic study is necessary to determine developmental, psychologic, and medical antecedents and consequences of abuse (overuse) of diphenhydramine by children and adolescents receiving intensive therapy for chronic disease (eg, family history of addiction).

## REFERENCES

1. MacRury S, Neilson R, Goodwin K.

Benylin dependence, metabolic acidosis and hyperglycaemia. Postgrad Med J 1987;63:587-8.

2. de Nesnera AP. Diphenhydramine dependence: a need for awareness. J Clin Psychiatry 1996;57:136-7.

3. Brown JH, Sigmundson HK. Delirium from misuse of dimenhydrinate. Can Med Assoc J 1969;101:49-50.

4. Young GB, Boyd D, Kreeft J. Dimenhydrinate: evidence for dependence and tolerance. Can Med Assoc J 1988;138:437-8.

5. Craig DF, Mellor CS. Dimenhydrinate dependence and withdrawal. Can Med Assoc J 1990;142:970-3.

6. Gardner DM, Kutcher S. Dimenhydrinate abuse among adolescents. Can J Psychiatry 1993;38:113-6.

7. Tennant FS. Complications of methaqualone-diphenhydramine (Mandrax) abuse. Br J Addict Alcohol Other Drugs 1973;68:327-30.

8. McCarthy JP. Some less familiar drugs of abuse. Med J Aust 1971;2:1078-81.

9. Hardman JG, Limbard LE, editors. Goodman and Gillman's the pharmacological basis of therapeutics. 9th ed. New York: Macmillan Publishing Co; 1996. p. 592.

10. Kupfer DJ, Reynolds CF. Management of insomnia. N Engl J Med 1997;336: 341-6.

11. Preston KL, Wolf B, Guarino JJ, Griffiths RR. Subjective and behavioral effects of diphenhydramine, lorazepam and methocarbamol: evaluation of abuse liability. J Pharmacol Exp Ther 1992;262: 707-20.