# EXHIBIT 14

JOURNAL OF PALLIATIVE MEDICINE
Volume 23, Number 9, 2020
© Mary Ann Liebert, Inc.
DOI: 10.1089/jpm.2019.0308

# Case Discussions in Palliative Medicine

*Feature Editor:* Craig D. Blinderman

# Diphenhydramine Use Disorder and Complicated Withdrawal in a Palliative Care Patient

Amy Nolen, MBBS, CCFP(PC) and Tianyang Dai, MD

## Abstract

Diphenhydramine (DPH) is an over-the-counter antihistamine medication commonly used for symptom management in palliative care. Despite the ease of access and perceived safety of DPH, there is documented evidence of potential for abuse of this medication. We present a case of a 61-year-old man with metastatic carcinoma of the distal esophagus, who was initially admitted with a pain crisis but subsequently developed a severe DPH withdrawal syndrome consisting of hyperactive delirium, autonomic dysfunction, and increased muscle tone. With careful selection of the antipsychotic agent loxapine, additional symptom management medications and scheduled tapering the patient was able to be discharged home for end-of-life care. We highlight the challenges of recognizing and managing a withdrawal syndrome in patients with terminal illnesses at end of life.

**Keywords:** diphenhydramine; palliative care; withdrawal

## Introduction

**D**IPHENHYDRAMINE (DPH) is an over-the-counter first-generation antihistamine medication well known for its anti-H1 histaminergic and antimuscarinic properties.[1] It is an ingredient in common cold preparations, and in the palliative care setting DPH may be used through the oral, intramuscular, intravenous, or subcutaneous routes for the management of pruritus, allergic reactions, anxiety, nausea, insomnia, and Parkinsonian symptoms.[2] The therapeutic effects of DPH are the result of its potent antagonism of the central histamine H1 receptor, resulting in sedation and antiemetic effects, as well as antagonism at the five muscarinic cholinergic receptors conferring its anti-Parkinsonian properties.[3]

Despite the perceived safety of DPH and its prevalent use, the potential for misuse of anticholinergic medications has been documented in the literature[3–13] (Table 1). Previously published case studies report that patients with schizophrenia in particular are prone to DPH abuse and withdrawal. In light of the special patient population with life-limiting illnesses and complex symptom management needs, the diagnosis of DPH abuse and acute withdrawal presents a unique challenge for palliative care clinicians. We report a case of a male patient admitted to hospital with a pain crisis who developed an acute withdrawal syndrome after the inadvertent abrupt cessation of DPH.

## Case Description

A 61-year-old man with a recent diagnosis of distal esophageal carcinoma metastatic to bone and a large paraspinal mass was admitted to acute care with suboptimally controlled pain. He was not a suitable candidate for systemic anticancer therapy due to poor performance status, but was offered palliative radiotherapy to his esophageal mass. His past medical history was significant for cocaine, benzodiazepine, and DPH use disorders. He reported abstinence from cocaine for many years. He stopped his lorazepam use abruptly 12 months prior and suffered a seizure, after which he successfully completed a slow taper. Despite detoxification from benzodiazepines, his family observed a gradual decline in his cognition (including short-term memory loss and word-finding difficulties) for the preceding eight months.

Upon admission to hospital, the patient showed subtle signs of opioid toxicity, including mild confusion, sedation, and myoclonus, consistent with rapidly escalating doses of oral hydromorphone at home for a two-week period. He did not demonstrate the later signs of opioid toxicity such as respiratory depression or pin-point pupils. An infectious workup was unremarkable. His cognition and pain management improved markedly within 36 hours of rotation from oral sustained-release hydromorphone to a subcutaneous fentanyl infusion and the addition of adjuvant dexamethasone. Radiotherapy was commenced on the second day of admission.

On the third day of admission, the patient developed drenching diaphoresis, akathisia, generalized increased muscle tone, agitation, and psychosis. The patient's delirium was initially felt to be multifactorial; a result of pain, resolving opioid toxicity, volume depletion, and new environment. However, on further discussion with his family it became evident that the patient was using DPH 500 mg or more at night for >10 years as

Division of Palliative Care, Sunnybrook Health Sciences Centre, Toronto, Ontario, Canada.

This material may be protected by Copyright law (Title 17 U.S. Code)

**NOLEN AND DAI**

TABLE 1. SUMMARY OF PUBLISHED CASE REPORTS DOCUMENTING DIPHENHYDRAMINE DEPENDENCE AND WITHDRAWAL

| Case report | Patient | Approximate daily DPH use | Duration | Reason for misuse | Management plan |
|---|---|---|---|---|---|
| Feldman and Behar (1986) | 34, M | 1600 mg | One month | Mild euphoric effects | Nine-day tapering regimen |
| de Nesnera (1996) | 32, M | 1250–2500 mg | Four months | Unknown | Nine-day tapering regimen |
|  | 38, M | 1000–1250 mg | One year | Unknown | Nine-day tapering regimen |
| Barsoum et al. (2000) | 33, M | Up to 3000 mg | Six months | Sedation (for insomnia) | Not discussed |
| Cox et al. (2001) | 34, M | 480–720 mg | Five months | Calming effects | Dose reduction for 18 weeks |
| Bonham and Birkmayer (2009) | 34, F | 1500 mg | Unclear | Unknown | DHP stopped abruptly and Benztropine TID |
| Thomas et al. (2009) | 56, F | Initially 50 mg daily, slowly increased to 3000 mg daily | Five years | Sedation (for insomnia), tremor, and euphoric effects | Taper of DPH by 25–75 mg every 3 days for 25 days; Trihexyphenidyl 5 mg for tremor; Lorazepam for akathisia |
| Gracious et al. (2010) | 15, F | Unclear, >400 mg daily | Unknown | Unknown | Oral naltrexone of 25 mg used on day 18 |
| Lin et al. (2010) | 44, F | 180 mg daily | One year | Sedation (insomnia) and analgesia (relief of headache) | Haloperidol 15 mg/day, sodium valproate 900 mg/day, and clonazepam 4 mg/day immediately started; DPH and nefopam abruptly discontinued; On day 23, zotepine (250 mg/daily) prescribed in place of haloperidol |
| Chen et al. (2014) | 49, F | 450 mg IM daily | Four months | Euphoria and sedation (insomnia) | Lorazepam 1 mg TID, zolpidem 20 mg daily, clonazepam 4 mg daily and flurazepam 60 mg QHS |
| Grim et al. (2015) | 22, F | 50 mg IM/IV BID | 14 years | Antihistamine (for pruritus) | Not discussed |
| Saran et al. (2017) | 21, M | Unclear | Unclear | Unclear | Dose reduced by 25% every three days; Oral clonidine 0.1 mg TID and weekly clonidine 0.1 mg transdermal patch |

BID, twice a day; DPH, diphenhydramine; F, female; M, male; QHS, at night; TID, three times a day.

a sleep aid and anxiolytic. This medication had not been ordered on admission and we hypothesized that its abrupt cessation resulted in acute DPH withdrawal. Immediate discontinuation after chronic use of low-dose DPH results in more typical withdrawal (labile mood, gastrointestinal upset, and poor sleep maintenance); however, the sustained psychosis and pronounced sympathetic nervous response observed in our patient is consistent with withdrawal from much higher doses of DPH.

Based on previous case reports, the patient was started on DPH 50 mg intravenously every six hours and experienced rapid improvement in his diaphoresis and muscle rigidity, providing diagnostic confirmation of his withdrawal syndrome. He was successfully tapered to 50 mg intravenously at night only over a period of six days. He also received clonidine 0.1 mg orally every eight hours (alpha-2-noradrenergic agonist) to attenuate the sympathetic nervous response, such as diaphoresis and sinus tachycardia. Management of his pronounced delirium and agitation proved more difficult. A parenteral route was preferred due to longer term concerns of dysphagia. Haloperidol was avoided for its antidopaminergic effects, and olanzapine was avoided to minimize his overall anticholinergic load. With this in mind, the typical antipsychotic loxapine was chosen for its moderate antagonism of histaminergic H1 and cholinergic M1 receptors, although higher affinity for dopamine D2 receptors. Subcutaneous administration of loxapine is uncommon outside of the field of palliative medicine, but carries few side effects aside from erythema, leakage, or edema at the injection site. Over several days the patient's loxapine was titrated to 25 mg through subcutaneous route every eight hours, and 12.5 mg every two hours subcutaneously as needed (to a maximum of 75 mg per day from PRN doses). By day nine postadmission, the patient's agitation had completely resolved with only mild confusion remaining. He was discharged with homecare nursing to assist with administration of his subcutaneous loxapine, and a continuous ambulatory drug delivery pump for his opioid administration. He died peacefully at home three weeks later.

## Discussion

This case highlights the challenges of identifying DPH withdrawal in patients with a number of complex underlying medical issues, and the importance of adequately managing withdrawal symptoms to improve the end-of-life experience for patients and their loved ones.

DPH has traditionally been considered as a low-risk drug in addiction.[14] Despite this, multiple community pharmacy surveys have raised concerns that DPH is one of the most commonly misused medications.[15] Antihistaminergic and antimuscarinic substances have a high potential for addiction for several reasons. Patients develop an increasing tolerance to the antimuscarinic substances over long-term use. Chronic exposure to antimuscarinic substances upregulates the muscarinic acetylcholine receptor and enhances cholinergic sensitivity,[16] requiring patients to take a higher dose to obtain the same hypnotic effect of the drug. Antihistamines also induce psychological and physiological dependence. A systematic review of recent studies clarifies that histamine produces both stimulatory and inhibitory effects in the central reward system through various neuromolecular pathways.[17] A relationship between histamine and other addictive drugs is also reported. Tanda et al. demonstrated that H1 receptor antagonists not only modulate mesolimbic areas in the central nervous system, but also do so in a pattern similar to cocaine and other common addictive drugs.[18] Amphetamine, opioids, and alcohol were all identified to interact with the histamine transmission systems in the brain.

In addition to the potential risk of abuse associated with DPH, chronic and cumulative use of anticholinergics is hypothesized to be associated with sustained cognitive deficits, including mild cognitive impairment and an increased risk for dementia.[19] Our patient's caregivers commented on subtle but progressive changes to his cognition for the preceding 8–12 months, which may have reflected his cumulative anticholinergic exposure for a number of years.

We initially overlooked the diagnosis of DHP withdrawal syndrome in our patient due to a number of confounding factors. Palliative care providers in particular risk inadvertently mistaking the signs and symptoms of a withdrawal syndrome with possible side effects from the vast array of symptom management medications used at end of life. Furthermore, in view of our patient's history of polysubstance misuse it was important to consider the presence of other covert withdrawal syndromes. Spontaneous withdrawal of longer-acting benzodiazepines (i.e., clonazepam or flunitrazepam), longer-acting opioids (i.e., methadone), or extended release central nervous system stimulants (i.e., methylphenidate) may produce a delayed withdrawal syndrome with overlapping symptoms. Delirium can also herald impending death, and often presents as a natural and irreversible process in patients with a terminal illness who are approaching the end of life. Our patient developed withdrawal symptoms even with relatively low doses of chronic DPH, highlighting the importance of completing a detailed pharmacological history that includes commonly used and seemingly benign over-the-counter medications. Earlier recognition of the risk of withdrawal and a more gradual detoxification may obviate the need for prolonged treatment with high-dose antipsychotics, and mitigate the irreversible cognitive impairment.

## Conclusion

Despite their end-of-life wishes, patients with a withdrawal syndrome are frequently unable to be discharged home due to high care needs. In our patient, the withdrawal syndrome consisted of three components: hyperactive delirium, autonomic dysfunction, and increased muscle tone/ akathisia. Owing to the severity of our patient's symptoms, our approach included the careful selection of antipsychotic agent by balancing its antidelirium benefit with extrapyramidal burden. With a slow tapering schedule of DPH and the use of clonidine and loxapine, we were capable of safely honoring our patient's wish to spend his last weeks of life surrounded by family in his own home.

## Funding Information

No funding was received.

## Author Disclosure Statement

No competing financial interests exist.

## References

1. Loew ER, MacMillan R, Kaiser ME: The anti-histamine properties of benadryl, beta-di-methylaminoethyl benzhydryl etherhydrochloride. J Pharmacol Exp Ther 1946;86: 229–238.
2. Chen A, Loquias EJ, Roshan R, et al.: Safe use of subcutaneous diphenhydramine in the inpatient hospice unit. Am J Hosp Palliat Care 2017;34:954–957.
3. Thomas A, Nallur DG, Jones N, et al.: Diphenhydramine abuse and detoxification: A brief review and case report. J Psychopharmacol 2009;23:101–105.
4. Feldman MD, Behar M: A case of massive diphenhydramine abuse and withdrawal from use of the drug. JAMA 1986;255:3119–3120.
5. de Nesnera, AP: Diphenhydramine dependence: A need for awareness. J Clin Psychiatry 1996;57:136–137.
6. Barsoum A, Kolivakis TT, Margolese HC, et al.: Diphenhydramine (Unisom), a central anticholinergic and antihistaminic: Abuse with massive ingestion in a patient with schizophrenia. Can J Psychiatry 2000;45:846–847.
7. Cox D, Ahmed Z, McBride AJ: Diphenhydramine dependence. Addiction 2001;96:516–517.
8. Bonham C, Birkmayer F: Severe diphenhydramine dependence and withdrawal: Case report. J Dual Diagn 2009;5: 97–103.
9. Gracious B, Abe N, Sundberg J: The importance of taking a history of over-the-counter medication use: A brief review and case illustration of ''PRN'' antihistamine dependence in a hospitalized adolescent. J Child Adolesc Psychopharmacol 2010;20:521–524.
10. Lin KH, Chen YJ, Wei CF, et al.: Prolonged withdrawal delirium in concomitant diphenhydramine and nefopam dependence: A case report. Prog Neuropsychopharmacol Biol Psychiatry 2010;34:705–706.
11. Chen TY, Yeh YW, Kuo SC, et al.: Diphenhydramine dependence through deep intramuscular injection resulting in myonecrosis and prolonged QT interval. J Clin Pharm Ther 2014;39:325–327.
12. Grim KJ, Fischer PR, Eldrige JS: Inadvertent iatrogenic misuse of intravenous diphenhydramine in an adolescent: Implications for routine medication administration. J Child Adolesc Psychopharmacol 2015;25:661–663.

13. Saran JS, Barbano RL, Schult R, et al.: Chronic diphen-hydramine abuse and withdrawal: A diagnostic challenge. Neurol Clin Pract 2017;7:439–441.

14. Griffiths RR, Johnson MW: Relative abuse liability of hypnotic drugs: A conceptual framework and algorithm for differentiating among compounds. J Clin Psychiatry 2005; 66 Suppl 9:31–41.

15. Cooper RJ: Over-the-counter medicine abuse—A review of the literature. J Subst Use 2013;18:82–107.

16. Dilsaver SC: Pharmacologic induction of cholinergic system up-regulation and supersensitivity in affective disorders research. J Clin Psychopharmacol 1986;6:65–74.

17. Brabant C, Alleva L, Quertemont E, et al.: Involvement of the brain histaminergic system in addiction and addiction-related behaviors: A comprehensive review with emphasis on the potential therapeutic use of histaminergic compounds in drug dependence. Prog Neurobiol 2010;92:421–441.

18. Tanda G, Kopajtic TA, Katz JL: Cocaine-like neurochemical effects of antihistaminic medications. J Neurochem 2008;106:147–157.

19. Gray SL, Anderson ML, Dublin S, et al.: Cumulative use of strong anticholinergics and incident dementia: A prospective cohort study. JAMA Intern Med 2015;175:401–407.

Address correspondence to:
*Amy Nolen, MBBS, CCFP(PC)*
*Division of Palliative Care*
*Sunnybrook Health Sciences Centre*
*Toronto, Ontario M4N 3M5*
*Canada*

*E-mail:* amyeleanor.nolen@sunnybrook.ca