UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN SNEED,<br><br>    Plaintiff,<br><br> v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>    Defendant. | Case No. 23-cv-05443-JST<br><br>**ORDER RE: DISCOVERY** |

In the parties' most recent case management statement, ECF No. 85, Plaintiff requests that the Court set September 19, 2025 as the deadline for the substantial completion of Defendant's document production, *id.* at 3. Defendant does not agree to the setting of a deadline, but states that it will substantially complete document production by that date. *Id.* at 4. The Court orders that Defendant substantially complete production by September 19, 2025.

The parties are ordered to meet and confer about any currently pending discovery disputes and, if they are not able to resolve them, to present them to Magistrate Judge Kang for decision by October 23, 2025.

The case management conference scheduled for September 16, 2025 is vacated.

**IT IS SO ORDERED.**

Dated: September 11, 2025

                     _____
                        JON S. TIGAR
                     United States District Judge