**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
Bahar Sodaify (SBN 289730)
bsodaify@clarksonlawfirm.com
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*

**COVINGTON & BURLING LLP**
Cortlin H. Lannin
clannin@cov.com
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel: (415) 591-6000

**COVINGTON & BURLING LLP**
Andrew Soukup (admitted *pro hac vice*)
asoukup@cov.com
Sameer Aggarwal (admitted *pro hac vice*)
saggarwal@cov.com
One City Center
850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-6000

*Attorneys for The Procter & Gamble Co.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN SNEED, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>Defendant. | Case No.: 4:23-cv-5443-JST<br><br>Complaint Filed: October 23, 2023<br>FAC Filed: January 26, 2024<br>SAC Filed: September 16, 2024<br><br>*Assigned for all purposes to Hon. Jon S. Tigar*<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY CLASS CERTIFICATION SCHEDULE**<br><br>*[Declaration of Bahar Sodaify concurrently filed herewith]* |

Pursuant to the Standing Order for District Judge Jon S. Tigar, Article K, and Civil Local Rules 6-1, 6-2, and 7-12, Plaintiff Stephen Sneed ("Plaintiff") and Defendant The Procter & Gamble Company ("P&G" or "Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby jointly stipulate to continue dates and deadlines set forth in Court's Scheduling Order (ECF No. 68) as follows.

## **RECITALS**

**WHEREAS,** on October 23, 2023, Plaintiff filed the Class Action Complaint (ECF No. 1);

**WHEREAS,** on January 26, 2024, Plaintiff filed the First Amended Class Action Complaint (ECF No. 23);

**WHEREAS,** on August 19, 2024, the Court granted in part and denied in part P&G's motion to dismiss the First Amended Class Action Complaint (ECF No. 45);

**WHEREAS,** on September 16, 2024, Plaintiff filed the Second Amended Class Action Complaint (ECF No. 47);

**WHEREAS,** on April 4, 2025, the Court denied P&G's motion to dismiss the Second Amended Complaint (ECF No. 66);

**WHEREAS,** on April 9, 2025, the Court issued its Scheduling Order, setting Plaintiff's deadline to file a motion for class certification and serve opening expert disclosures for October 30, 2025, along with associated briefing and expert-discovery deadlines (ECF No. 68);

**WHEREAS,** on September 5, 2025, Plaintiff served a Fed. R. Civ. P. 30(b)(6) deposition notice on P&G for October 7, 2025;

**WHEREAS,** on September 11, 2025, the Court set September 19, 2025 as the deadline for substantial completion of P&G's production (ECF No. 86);

**WHEREAS,** on September 19, 2025, P&G substantially completed its production, which consisted of over 5,000 pages of documents;

**WHEREAS,** on September 23, 2025, P&G offered its two Fed. R. Civ. P. 30(b)(6) designees for deposition, who due to scheduling constraints are available on October 23, 2025 and October 30, 2025;

WHEREAS, in order to allow adequate time for Plaintiff to review P&G's production and complete a Rule 30(b)(6) deposition before moving for class certification, the Parties agree a modest extension of the existing class certification schedule would be appropriate;

WHEREAS, the effect of the requested time modification will be to adjust the class-certification briefing and related expert-discovery deadlines set by ECF No. 68;

WHEREAS, in light of the foregoing, the Parties stipulate to a limited continuance of the current deadlines as follows:

| Event | Current Date (ECF No. 68) | Continued Date |
|---|---|---|
| Class certification motion and Plaintiff's class certification expert disclosures due | October 30, 2025 | December 8, 2025 |
| Class certification opposition and Defendants' class certification expert disclosures due | January 15, 2026 | February 23, 2026 |
| Class certification expert discovery cut-off | February 27, 2026 | April 7, 2026 |
| Class certification reply due | April 24, 2026 | June 2, 2026 |

**IT IS SO STIPULATED AND AGREED:**

DATED: October 1, 2025                **CLARKSON LAW FIRM, P.C.**

By: */s/ Bahar Sodaify*
    Ryan J. Clarkson
    Bahar Sodaify

*Attorneys for Plaintiff*

DATED: October 1, 2025                **COVINGTON & BURLING LLP**

By: */s/ Cortlin H. Lannin*
    Andrew Soukup
    Cortlin H. Lannin
    Sameer Aggarwal

*Attorneys for Defendant The Procter & Gamble Co.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: October 2, 2025

_____
The Honorable Jon S. Tigar
United States District Judge

**ATTESTATION OF FILER**

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 1, 2025                         **CLARKSON LAW FIRM, P.C.**

By: */s/ Bahar Sodaify*
　　Bahar Sodaify