**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Bahar Sodaify (SBN 289730)
*bsodaify@clarksonlawfirm.com*
Cassandra Rasmussen (*PHV forthcoming*)
*crasmussen@clarksonlawfirm.com*
Jiaming Zheng (SBN 363184)
*jzheng@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN SNEED, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>     v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>                    Defendant. | Case No. 4:23-cv-5443-JST<br>Complaint Filed: October 23, 2023<br>FAC Filed: January 26, 2024<br>SAC Filed: September 16, 2024<br><br>*Assigned for all purposes to Hon. Jon S. Tigar*<br><br>**PLAINTIFF STEPHEN SNEED'S NOTICE OF WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER PURSUANT TO CIV. L.R. 7-7(e)** |

Pursuant to Civ. L. R. 7-7(e), Plaintiff Stephen Sneed ("Plaintiff") hereby provides notice of withdrawal without prejudice of his Motion for Protective Order. *See* Dkt. No. 90.

Plaintiff's motion remains fully supported in fact and law. The reasons for Plaintiff's withdrawal are unrelated to the merits of the motion. Rather, upon receipt of Plaintiff's filed Motion for Protective Order, Defendant informed Plaintiff "that it does not intend to take Mr. Sneed's deposition today [November 19]." Accordingly, Plaintiff has decided to withdraw its Motion for Protective Order without prejudice. Plaintiff reserves the right to file again a Motion for Protective Order should Defendant notice a future deposition upon Mr. Sneed.

DATED: November 19, 2025

**CLARKSON LAW FIRM, P.C.**

By: */s/ Bahar Sodaify*
    Ryan J. Clarkson
    Bahar Sodaify
    Cassandra Rasmussen
    Jiaming Zheng

*Attorneys for Plaintiff*