UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN SNEED,<br><br>    Plaintiff,<br><br>v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>    Defendant. | Case No. 23-cv-05443-JST<br><br>**ORDER DENYING MOTION FOR LEAVE TO SHORTEN TIME; ALTERING CLASS CERTIFICATION MOTION BRIEFING SCHEDULE**<br><br>Re: ECF No. 91 |

Now before the Court is Plaintiff's motion to advance the deadline for Defendant's opposition to Plaintiffs' motion for leave to file a third amended complaint. ECF No. 91. Plaintiff seeks to advance the deadline so the Court can rule on Plaintiff's motion for leave to file a third amended complaint prior to the deadline for Plaintiff's motion for class certification. *Id.* at 2. Defendant opposes the motion, but "has no objection if this Court holds the class certification deadline in abeyance while it considers Plaintiff's motion for leave." ECF No. 93 at 2.

Plaintiff's motion to shorten time is denied. The hearing on the motion for leave to file a third amended complaint, which is currently scheduled for January 29, 2026, is vacated. See Civ. L.R. 7-1(b).

The briefing schedule on Plaintiff's motion for class certification is continued as follows:

| Event | Current Due Date | New Due Date |
|---|---|---|
| Class certification motion and Plaintiff's class certification expert disclosures | December 8, 2025 | March 12, 2026 |
| Class certification opposition and Defendants' class certification expert disclosures | February 23, 2026 | May 26, 2026 |

| Event | Current Due Date | New Due Date |
|---|---|---|
| Class certification expert discovery cut-off | April 7, 2026 | July 10, 2026 |
| Class Certification Reply | June 2, 2026 | September 3, 2026 |

**IT IS SO ORDERED.**

Dated: November 25, 2025



JON S. TIGAR
United States District Judge

2