**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Bahar Sodaify (SBN 289730)
*bsodaify@clarksonlawfirm.com*
Jiaming Zheng (SBN 363184)
*jzheng@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

**CLARKSON LAW FIRM, P.C.**
Cassandra Rasmussen (*pro hac vice*)
*crasmussen@clarksonlawfirm.com*
1221 Brickell Ave, Ste 900
Miami, FL 33131
Tel: (305) 686-7590

*Attorneys for Plaintiff*

**COVINGTON & BURLING LLP**
Cortlin H. Lannin
*clannin@cov.com*
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel: (415) 591-6000

**COVINGTON & BURLING LLP**
Andrew Soukup (admitted *pro hac vice*)
*asoukup@cov.com*
Sameer Aggarwal (admitted *pro hac vice*)
*saggarwal@cov.com*
One City Center
850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-6000

*Attorneys for The Procter & Gamble Co.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN SNEED, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>Defendant. | Case No.: 4:23-cv-5443-JST<br><br>Complaint Filed: October 23, 2023<br>FAC Filed: January 26, 2024<br>SAC Filed: September 16, 2024<br><br>Assigned for all purposes to Hon. Jon S. Tigar<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO VACATE CERTIFICATION SCHEDULE PENDING ORDER ON MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**<br><br>*Declaration of Bahar Sodaify concurrently filed herewith* |

1  Pursuant to the Standing Order for District Judge Jon S. Tigar, Article K, and Civil Local Rules 6-1, 6-2, and 7-12, Plaintiff Stephen Sneed ("Plaintiff") and Defendant The Procter & Gamble Company ("P&G" or "Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby jointly stipulate to vacate dates and deadlines set forth in Court's Order Altering Class Certification Motion Briefing Schedule (ECF No. 95) as follows, with a future schedule to be established through a joint stipulation of the parties within 14 days of the Court issuing an Order on Plaintiff's Motion for Leave to File a Third Amended Complaint.

## RECITALS

**WHEREAS,** on October 23, 2023, Plaintiff filed the Class Action Complaint (ECF No. 1);

**WHEREAS,** on January 26, 2024, Plaintiff filed the First Amended Class Action Complaint (ECF No. 23);

**WHEREAS,** on August 19, 2024, the Court granted in part and denied in part P&G's motion to dismiss the First Amended Class Action Complaint (ECF No. 45);

**WHEREAS,** on September 16, 2024, Plaintiff filed the Second Amended Class Action Complaint (ECF No. 47);

**WHEREAS,** on April 4, 2025, the Court denied P&G's motion to dismiss the Second Amended Complaint (ECF No. 66);

**WHEREAS,** on April 9, 2025, the Court issued its Scheduling Order, setting Plaintiff's deadline to file a motion for class certification and serve opening expert disclosures for October 30, 2025, along with associated briefing and expert-discovery deadlines (ECF No. 68);

**WHEREAS**, Plaintiff moved on November 17, 2025 for Leave to file a Third Amended Complaint and to Modify the Case Schedule, in order to substitute new plaintiffs, and to continue the class certification briefing and hearing deadlines accordingly (ECF No. 89);

**WHEREAS**, P&G opposed Plaintiff's Motion for Leave to File a Third Amended Complaint on December 1, 2025 (ECF No. 97);

**WHEREAS**, on November 25, 2025, this Court issued an order Altering the Class Certification Motion Briefing Schedule and setting the Class Certification motion deadline to March

12, 2026; Defendant's opposition to May 26, 2026; expert discovery cut-off to July 10, 2026; and the class certification reply to September 3, 2026 (ECF No. 95);

**WHEREAS**, this Court has taken Plaintiff's Motion to File a Third Amended Complaint under submission and has not yet ruled on it (ECF No. 95);

**WHEREAS**, the Court's forthcoming order on that Motion will directly affect class certification in this action, including the identity of the proposed class representative(s) and any additional discovery Defendant may seek from them, the scheduling of depositions, and the preparation of the class certification motion.

**THEREFORE**, in light of the foregoing and for good cause shown, the Parties stipulate to vacate the current class certification schedule, with a new schedule to be established by joint stipulation within fourteen (14) days of the Court's ruling on the Motion for Leave to File the Third Amended Complaint, as doing so will promote efficiency, avoid unnecessary motion practice, and prevent prejudice to all parties.

**IT IS SO STIPULATED AND AGREED:**

DATED: February 26, 2026                **CLARKSON LAW FIRM, P.C.**

                                        By: */s/ Bahar Sodaify*
                                            Ryan J. Clarkson
                                            Bahar Sodaify
                                            Cassandra L. Rasmussen
                                            Jiaming Zheng

                                        *Attorneys for Plaintiff*

DATED: February 26, 2026                **COVINGTON & BURLING LLP**

                                        By: */s/ Cortlin H. Lannin*
                                            Andrew Soukup
                                            Cortlin H. Lannin
                                            Sameer Aggarwal

                                        *Attorneys for Defendant The Procter & Gamble Co.*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

3  Dated: _____March 3___, 2026

4  _____
The Honorable Jon S. Tigar
United States District Judge

**ATTESTATION OF FILER**

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 26, 2026                    **CLARKSON LAW FIRM, P.C.**

                                            By: /s/ *Bahar Sodaify*
                                                Bahar Sodaify