UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA WILT, et al., | Case No. 23-cv-05443-JST |
| Plaintiffs, | |
| v. | **SCHEDULING ORDER** |
| THE PROCTER & GAMBLE COMPANY, | |
| Defendant. | |

The Court hereby sets the following amended case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Defendant's response to Third Amended Complaint due | August 28, 2026 |
| Class certification motion and Plaintiffs' expert disclosures due | March 18, 2027 |
| Class certification opposition and Defendants' expert disclosures due | June 3, 2027 |
| Expert discovery cut-off | July 16, 2027 |
| Class certification reply due | September 10, 2027 |
| Class certification hearing | October 7, 2027 |

/ / /

/ / /

/ / /

/ / /

United States District Court
Northern District of California

The Court sets a further case management conference on October 30, 2026 at 1:30 p.m. (because more than one conference will be set at that time, the conference may not begin precisely at 1:30 p.m.).  The conference will proceed by video.

**IT IS SO ORDERED.**

Dated:  July 31, 2026



JON S. TIGAR
United States District Judge